AO 455 (Rev. 05/85) Waiver of Indictment

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**DOUGLAS BROOKS**

*Defendant*

**WAIVER OF INDICTMENT**

**Case No. 17-CR-131-A**

I, DOUGLAS BROOKS, the above-named defendant, who is accused of a violation of Title 18, United States Code, Section 1960, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on August 3, 2017, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

UNITED STATES DISTRICT COURT
FILED
AUG 3 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

DOUGLAS BROOKS
*Defendant*

RODNEY O. PERSONIUS, ESQ.
*Counsel for Defendant*

Before
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
*Judicial Officer*

Aug. 3, 2017