UNITED STATES DISTRICT COURT
FILED
AUG 3 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

17-CR-131-A

DOUGLAS BROOKS,

Defendant.

# INFORMATION

(Title 18, United States Code, Section 1960)

## COUNT 1

**The United States Attorney Charges That:**

Beginning in or before July 2014 and continuing until in or about September 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **DOUGLAS BROOKS**, did knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business, as that term is defined in Title 18, United States Code, Section 1960(b)(1)(C), which involved the transmission of funds that were known to the defendant to have been derived from a criminal offense and of funds that were intended to be used to promote and support unlawful activity, that is, the unlawful distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and which affected interstate and foreign commerce in any manner and degree.

**All in violation of Title 18, United States Code, Section 1960.**

DATED: Buffalo, New York, August 3, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: ______________________

WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov