IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 17-CR-131-A

DOUGLAS BROOKS,

Defendant.

**MOTION TO ADJOURN SENTENCING DATE**

**PLEASE TAKE NOTICE** that upon the Affidavit filed separately, under seal, of Wei Xiang, Assistant United States Attorney, the undersigned hereby moves this Court for an adjournment of the above-referenced defendant's sentencing from November 20, 2017.

DATED: Buffalo, New York, October 24, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov