IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. 17-CR-131-A

DOUGLAS BROOKS,

Defendant.

---

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE**, that upon the Affidavit filed separately, under seal, of Wei Xiang, Assistant United States Attorney, the undersigned will move this Court at the United States Courthouse, Buffalo, New York, for sentencing-related relief.

DATED: Buffalo, New York, November 27, 2017.

JAMES P. KENNEDY, JR.
United States Attorney

BY: s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov