UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DOUGLAS BROOKS

Defendant.

---

**DEFENDANT'S MOTION TO SEAL**

Cri. No. 17-CR-131-A

PLEASE TAKE NOTICE:

| | |
|---|---|
| MOTION MADE BY: | Rodney O. Personius, Esq.<br>PERSONIUS MELBER LLP<br>Attorneys for Defendant<br>Douglas Brooks |
| DATE, TIME & PLACE: | Oral argument is not requested. |
| RELIEF SOUGHT: | Permission to file a sealed response to the sealed pleading of the government. |
| GROUNDS FOR RELIEF SOUGHT: | W.D.N.Y. Local Rule of Criminal Procedure 55, and discretion of the Court. |
| SUPPORTING PAPERS: | Annexed Declaration of Counsel. |

Dated: Buffalo, New York
January 30, 2018.

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050

rop@personiusmelber.com

TO: AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

USPO Tina Blackman
Federal Probation
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

**DECLARATION OF COUNSEL**

Cri. No. 17-CR-131-A

DOUGLAS BROOKS

Defendant.

---

Rodney O. Personius, Esq. declares the truth of the following under penalty of perjury:

1. I am a member of Personius Melber LLP, retained attorneys for defendant Douglas Brooks.

2. This Declaration is submitted in support of a request to file a pleading under seal.

3. A pleading by the government, dated November 27, 2017, was accepted for filing under seal.

4. The defense has prepared a response to this sealed pleading, and requests that this response also be accepted for filing under seal.

**WHEREFORE**, application is hereby made for permission to file under seal the defense response to the sealed pleading of the government.

Dated: Buffalo, New York
January 30, 2018

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP

*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com

TO: AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

USPO Tina Blackman
Federal Probation
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

And, I hereby certify that I have forwarded this document via email to the following non-CM/ECF participant:

USPO Tina Blackman
U.S. Probation Office

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com