UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DOUGLAS BROOKS

Defendant.

---

**NOTICE OF MOTION**

Cri. No. 17-CR-131-A

PLEASE TAKE NOTICE:

| | |
|---|---|
| MOTION MADE BY: | Rodney O. Personius, Esq.<br>PERSONIUS MELBER LLP<br>Attorneys for Defendant<br>Douglas Brooks |
| DATE, TIME & PLACE: | Oral argument is not requested. |
| RELIEF SOUGHT: | A one month adjournment of the defendant's sentencing date to March 22, 2018. |
| GROUNDS FOR RELIEF SOUGHT: | Discretion of the Court. |
| SUPPORTING PAPERS: | Annexed Declaration of Counsel. |

Dated: Buffalo, New York
February 2, 2018.

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com

TO: AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

USPO Tina Blackman
U.S. Probation Office
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

**DECLARATION OF COUNSEL**

Cri. No. 17-CR-131-A

DOUGLAS BROOKS

Defendant.

---

Rodney O. Personius, Esq. declares the truth of the following under penalty of perjury:

1. I am a member of Personius Melber LLP, retained attorneys for defendant Douglas Brooks.

2. This Declaration is submitted in support of an application to adjourn the scheduled sentencing date for Mr. Brooks from February 20, 2018 to March 22, 2018.

3. The assigned prosecutor, AUSA Wei Xiang, has been consulted and does not oppose this requested 30 day adjournment of sentencing.

4. The reason for this request is Declarant's current schedule, including two upcoming out-of-town-work-related commitments, which prevent Declarant from timely preparing an effective sentencing submission on behalf of the defendant under the current schedule.

**WHEREFORE**, it is respectfully requested that the Court adjourn the scheduled sentencing date for defendant Douglas Brooks from February 20, 2018 to March 22, 2018.

Dated: Buffalo, New York
February 2, 2018

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com

TO: AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

USPO Tina Blackman
U.S. Probation Office
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA Wei Xiang
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5700

And, I hereby certify that I have forwarded this document via email to the following non-CM/ECF participant:

USPO Tina Blackman
U.S. Probation Office

**/s/ Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
DOUGLAS BROOKS
2100 Main Place Tower
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com