# EXHIBIT A

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara,

My name is Grant D. Brooks and I am writing to you on behalf of my son Douglas Brooks.

Please allow me to begin by telling you about myself. I am 65 years old and for the last 14 years have been driving school bus for First Student Inc. Prior to that I worked for the NYS Department of Correctional Services for 28 years reaching the rank of Lieutenant. I worked in places like Attica and Lakeview Correctional Facilities before retiring in February 2003. I have been married to my wife Sharon for 36 years. Douglas is our second child and was born on 4/10/86.

I am disappointed and angry at my son's actions. He has brought a great deal of pain and stress to our family and the people around him by choosing to break the law. Douglas's mother and I taught him right from wrong and to take responsibility for his actions. He knows that his mother and I will always love him, but he also understands our anger and disappointment in bringing this sadness into our lives.

Douglas is remorseful and feels guilty for the crime he has committed. He understands that his previous actions will stay with him for the rest of his life. He is now a felon, he knows that he will have to work extra hard to succeed and that many doors are now closed to him. He and I have talked many times about his responsibility to live a good and productive life going forward. I am sure he will not ever do anything like this again as he is going through a lot of guilt and pain for what he has done. He has also spoken to me at length about feeling as though he has let his parents, his extended family, girlfriend, friends, coworkers and everyone around him down. He seems to be more motivated than ever to succeed and has a drive to make things right however he can.

Days after being arrested he found gainful employment at a new company and has worked there for two years never missing a day of work. He has received two promotions and multiple raises in that time and is constantly growing in a field that he had no experience in prior to getting the job. He has carved out a successful career despite the consequences for his previous actions hanging over his head. He has also made me proud by taking full responsibility for his actions. Unlike many of the criminals that I interacted with daily in my previous job, he has never implied that he was being unjustly attacked, or discussed anger towards "the system" or attempted to place blame on anyone but himself. In my experience, misplacing blame and not

accepting your own actions are one of the most important traps not to fall into in order to be successful.

As a father and someone who has put so many years of my life in the law enforcement business, I am not proud of the crime Douglas has committed. I am disappointed that Douglas chose to take actions that put him on the wrong side of the law. As a Father I am proud he has taken responsibility for what he has done. It is easier to forgive him for his crime and the consequences when looking at the whole of who he is as a man, and his actions after arrest. We love him deeply and my wife, daughter and myself will be there for him after sentencing to give him the love and support he needs to stay on the positive path he is on.

Thank you Judge Acara for taking the time to read this letter.

Respectfully,

Grant Brooks

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara,

My name is Sharon Brooks and I am writing regarding my son Douglas Brooks. My husband Grant and I have been married for 36 years and Douglas was born on 4/10/86, our second child joining his sister Shannon. First and foremost I am a wife, mother and Gramma. I have worked in an office in some capacity for the last 40 years and presently am the Office Manager at J A Gold & Associates. My husband worked in the NYS Correctional Department so we have lived in Attica, Fredonia and currently Lockport, NY.

Douglas has been a compassionate, empathetic, thoughtful, responsible and loving person his whole life. Douglas is a loving son, brother, Uncle, cousin, boyfriend and friend. Douglas did well in school and went on to graduate from UB with his degree. Douglas was well liked by his teachers, peers, coaches and bosses and excelled at what he attempted. Douglas played hockey since he was 6 years old, was a Cub Scout and then Boy Scout, took drawing lessons, was a member of the hiking club, played soccer, tennis and wrestling while at Fredonia High School.

Douglas has always been focused on helping others. He was an acolyte and altar server in our church and was always involved in youth group and volunteering at soup kitchens, food banks and doing yard work for the disabled clergy members of the church. Growing up he would regularly clear snow from our elderly neighbor's front porch so she could safely leave her house. She would always offer him money and he would never accept it.

Douglas has received the The President's Volunteer Service Award for his work taking care of dogs and cats at the SPCA in Westfield as part of Learn and Serve America. From a young age his leadership qualities were invested in and nurtured by his schools. He took part in Summer leadership training camps after being selected by his teacher and administrators. He was trained to speak to students about the dangers of AIDS and would speak in his middle and high school classes as part of a program called peer educators. My son was also involved in a program called peer mediation. When when students had conflicts (fighting, bullying, ect) they would have an opportunity to sit down with Douglas instead of an administrator or disciplinarian and work out their problems with one of their peers. Douglas also served his classmates as a student representative in his middle and high school student council. In highschool Douglas was also involved with the Big Buddy program and mentored a middle school student who had no positive male role model at home.

Douglas and I have had many conversations over the last two years and I can guarantee you that Douglas has taken responsibility for the crime that he has committed and feels very guilty. Douglas is very aware that his actions were wrong. He is remorseful and regrets having committed the crime not only because he was caught and prosecuted, but because he knows his actions alone were wrong. He understand the flawed thinking and greed that caused him to commit this crime, and has focused on making sure it will never happen again by addressing what inside himself made him do it. He has also found positive ways to move forward including focusing on work and rebuilding the relationships he has damaged because of his actions.

The consequences of those actions will stay with him for the rest of his life. He is prepared to face the results and continue to have a productive life. He knows how his actions has affected our family and I know he is truly remorseful. He has hurt the people around him, I know he never wants to do that again. He has also told me how much he knows he has a lot to make up for having caused all this grief and heartbreak. Not only as a member of this family but as a member of the community and country. I really do believe that Douglas has taken this moment of his life to change, grow and become stronger as an individual.

Having known Douglas all his life, and the true content of his character, as well as knowing how badly he feels about his crimes and how it has affected him and his family, I am certain he will not repeat this criminal behavior or any similar conduct.

I am proud of Douglas for the person he is and that he has taken responsibility for his actions. His family loves him, needs him and will be there for him after sentencing to guarantee he gets the support he needs. I truly believe that Douglas will continue to be a productive, law abiding citizen. This crime does not change the foundation of who Douglas is. He is still a kind, caring and compassionate person. I hope that my examples help to illustrate who he really is as a man.

Thank you Judge Arcara for taking the time to read this letter.

Respectfully,

Sharon Brooks

Shannon Brooks

October 21, 2017

re: US v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara:

My name is Shannon Brooks and I am submitting a letting on behalf of the defendant, Douglas G. Brooks. I work for GEICO Insurance Company as a Senior Business Analyst. I have worked for GEICO for over 11 years, since I graduated from SUNY Fredonia with my Bachelor's Degree in Business Management. During my time at GEICO, I have had the opportunity to handle a variety of claim types over a multitude of jurisdictions. I have worked with a lot of attorneys and judges while handling bodily injury litigation claims with GEICO and I have an utmost respect for the law and those that uphold the law. I believe that the law is one of the main cornerstones of the foundation of this country.

I am fully aware of the charges that Doug faces. He's discussed them with me, explained them to me over and over, and I understand them as well as a layperson can. While I don't fully understand the world of bitcoin, I understand the charges are not solely related to the bitcoin themselves, but more the nature of the transactions that Doug brokered.

Doug is my younger brother; I've known him his entire 31 years on this earth. Beyond being my little brother, Doug has been one of my best friends for most of my life. We are just two years apart in age and growing up we had many of the same friends, we were each other's companions and always had fun together. Our parents took us on as many adventures as they could and although we might not have taken trips around the world, we had a childhood filled with happy memories together. We are part of a close knit family. My dad is a retired New York State Corrections officer who worked in Attica and Lakeview Correctional Facility until his retirement. He taught us, amongst other things, to have a respect for the law, the rules that keep us safe and those that enforce the law. My mom was a working mom long before that was the norm. She drove an hour one way to work and yet always managed to make it to our sporting events, band concerts and school events. We were taught that family is important and that we always respect, support and encourage each other. We are always there for our family, no questions asked.

Doug is devoted to his family, not only the small family we grew up with, but also the family we have added throughout the years. Growing up, the expectation was that we would always eat dinner as a family. It didn't matter how late we were at sports or how busy we all were, we always sat down in the dining room and had dinner together. When I moved out in 2004, that tradition got scaled down Sunday dinners. This tradition continues today and every week we still assemble at my parent's house for dinner. My mom cooks and we sit around the table and talk about our week and laugh together. Family dinners

have gotten a little crowded with the addition of my two daughters, Doug's nieces, Aurora and Addison. They are 6 and 4 now and Unkie Doug (as they call him) is the greatest uncle ever. He has the best jokes, always laughs at their botched attempts to tell him knock, knock jokes, he knows magic tricks and is their ally when their mom isn't letting them do what they want. He spends hours playing with them, whether it's swimming in the pool, running races in the backyard, letting them crawl all over him when they play fight in the living room, working on arts and crafts or watching movies together. Since the day Aurora was born, he's been actively involved in the lives of his nieces. Doug lived with me right after I had Aurora and as a new mom, it was amazing to have his helping hands when I felt exhausted and like I had no idea what I was doing. Doug would take Aurora at night when she needed to be fed, he would help me get her ready if we were going out for the day and he would watch her if I needed to run an errand. As a working single mom, there have been times where I've been in a bind if one of the girls are sick and I need to be at work for a meeting or presentation. All I need to do is ask and Doug will figure out how he can watch the girls for me during the day. Our family goes camping in the summer, it's a tradition that we have had for many years. For four days every summer, we pack up our lives and head to the campground. We spend time together as a family and work together to keep camp running. Doug is an integral part of that. He is part of a family that loves and supports each other no matter what.

Based on what I have seen in Doug since he told me of these charges and the whole legal process, he is demonstrating how remorseful he is. When he told me everything that was going on, he broke down. He clearly understands that he has done wrong and I'm confident he will accept responsibility for his actions. He was so ashamed that he was going to add the stress of his charges to the lives of me and our parents. He didn't want to ask us for help because he felt like we didn't deserve to ask for anything. As a family, we came together. At the same time as all of this was happening in his life, I went through a divorce and Doug was still there for me in any capacity that I needed. While dealing with the mountain of issues in front of him, he was there for me and my daughters when we needed a shoulder to lean on.

Doug has been dating Elise for a few years. They are a creative and artistic couple who paint together, photograph together and create art together. They have had to put their lives on hold because of these charges. Doug wants to get married, buy a house near our parent and have kids. We have talked at length about how he thought his life would be different when he was 31. How he thought he would have those things and how because of his actions everything is paused. Doug would be an amazing father. He's so fun and tenderhearted. He believes that kids shouldn't spend time in front of TVs and electronics and buys his nieces gifts that require them to use their imaginations. Easels for painting on giant paper, chalkboards, plastic trucks for racing, big plastic horses with boxes that turn into fences, crayons shaped like gemstones, sidewalk chalk...anything that gets the girls away from electronics for a short time. I would love for Doug to feel love the way a parent feels love more than they even knew possible, feel the worry when you send your kid on the school bus for the first time and the safety of their tiny body is no longer in your control, to feel the overwhelming feeling of pride when your child write their name for the first time or demonstrates an unprompted act of kindness. I know that he wants all of those things for himself.

I wish that I could select the right combination of words and make you see what a good person my little brother is. Doug is a good, kind, sweet man who is an important person in the lives of many people. Doug makes this world a better place for me, for his nieces and for many that are fortunate to know him.

He has a kind, artistic soul that never ceases to force my rigid, logical soul to see things from a different perspective. I am a better person for having been fortunate enough to have Doug in my life for so long. I appreciate you taking time out of your busy day to read the letters provided. Please consider the man beyond the facts you have on paper because Doug is so much more than these charges.

Respectfully yours,

Shannon Brooks

# EXHIBIT B

January 28, 2018

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara,

My name is Michele Brooks and I am the Executive Director of the National Alliance on Mental Illness Buffalo & Erie County. With an MPH degree, I have been working in the public health area for over ten years. Prior to that time, I worked as a CPA in tax for over 15 years in large public accounting firms. I have been involved in community service for many years, serving on many boards.

As the mother of Doug's girlfriend, Elise Brooks, I have come to know Doug very well over the past 3 ½ years. Doug came into my daughter's life as she was reeling from the end of a long-time abusive relationship. He brought stability, kindness and love to our sensitive and fragile daughter. We just recently became aware of his financial generosity as well (e.g., paying for car repairs), despite his own limited resources at the time. He is empathetic, and during the last two years has been an emotional support for Elise when her uncle - my brother - died and then again when a very dear family friend passed away last fall. Elise and Doug lead a fairly simple life: working at demanding and responsible jobs, furthering their careers and spending time together and with their families. They are very down-to-earth and do not live an extravagant life style. They had been planning to get married and have a family but have had to postpone these plans indefinitely, a tragic consequence of Doug's offense.

My husband Eric, our children and large extended family have spent a great deal of time with Doug over the years at family celebrations, holidays and vacations; we truly consider him part of our family. With his gentle demeanor, generous spirit and great sense of humor, Doug was immediately welcomed by my siblings and many nieces and nephews. During our week-long family reunions, Doug has served as the unofficial "chaperone" for the many teenagers and young children who look up to him – a role my siblings and I have been most grateful he had assumed.

When Doug told my husband and me of his serious offense, we could not have been more shocked. He sat down face-to-face with us and spoke to us with great humility and remorse. Despite the gravity of the situation, we were also taken by the fact that he did not rely on our daughter to break the news to us or to soften our opinion. He fully answered our questions – and we had many. He did not make excuses nor did he minimize the seriousness of his actions. He was clearly distraught about the shame and disappointment he had brought to his parents, sister and nieces. He was especially shaken as he told us of the real possibility that he would lose our daughter as a result of his actions. I have never seen someone so broken.

My husband Eric, a retired CPA and Vice President of Finance, and I are analytical, careful and cautious. Our careers involved adherence to rules and regulations. As a tax accountant, I worked with many clients whose primary goals were to look for loop-holes, "grey" areas and other ways to exploit the tax laws for financial gain. Although I recognize what Doug did was wrong, I sincerely do not believe Doug's intent was to proactively seek out ways to cheat the system. We were not surprised when Doug first became interested in bitcoin investing as a past-time; he enjoyed innovative activities. He was happy to explain to us how the process worked and he shared his excitement in getting into this emerging currency. Seeing how this hobby subsequently led to his current situation is devastating. Over time it seems Doug allowed himself to be drawn into that he knew to be clearly against the law. Doug explained to us that he has no one to blame but himself and that he has accepted full responsibility for his actions and recognizes that he must pay the price for his illegal behaviors.

After much reflection, my husband and I fully believe that this offense, though very serious, is not a true representation of Doug's character. He has fully accepted responsibility for his actions and has already suffered serious life-long consequences by pleading guilty to his offense. Going to prison will only make future employment much more difficult for him, affecting both his future family and him. As a mother, I am especially concerned about the emotional and financial consequences to my daughter if Doug is required to go to prison.

In closing, we have the strongest confidence in Doug, without reservation, to lead a lawful and productive life, and, as a testament to this belief, we would be proud to have him continue in our daughter's life – even as our son-in-law.

Respectfully yours,

Michele Queffelec Brooks

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: US v. Douglas Brooks, 17-CR-131-a

Dear Judge Arcara,

My name is Elise Brooks and I am writing this letter on behalf of my boyfriend, Douglas Brooks. I am 30 years old and have lived in the Buffalo area my whole life. I am a professional photographer and manager of two family portrait studios. Previously I have taught art to children ages 3-12 at the not for profit community art center named Locust Street Art School. I have a Bachelor's degree of Fine Art from the University at Buffalo and have studied abroad in Spain and India funded by academic and creative scholarship awards.

I first met Douglas at the University at Buffalo where we were both in the art program. We later reconnected three and a half years ago. At that time I had left an physically and mentally abusive long term relationship. Douglas was gentle and kind to me in my vulnerable state. We became friends first and after a time began to date. We have been together ever since. Douglas and I live together in North Buffalo. I have chosen to stay by his side through this time because I have seen his ability to assess and correct his flawed actions. I believe in the content of his character and that he is a good man who I want to spend the rest of my life with.

I was living with Douglas when he was arrested and I have seen a full range of emotions from Douglas in the time after his arrest. Douglas has been open, honest and forthright about his illegal actions. He has shown to me that he has accepted full responsibility for his actions. He is deeply ashamed and embarrassed of what he has done but does not shy away from taking ownership of it. He has not attempted to minimize what he has done, or tried to place the blame on anyone else. When he told my parents his actions, he took the time to explain everything and answer all their questions. He was open and honest to the owner of the company he works for as well. I know how heavily his actions weigh on him. He has expressed to me that he knows he has let the people around him down and that he needs to redeem himself.

Douglas has had low points of sadness but he also has been motivated by his failure and determined to learn from it. Douglas has always been a highly motivated person. He worked part-time all through college and was able to graduate with minimal debt. He applied himself working at two different internships that laid the groundwork for the start of his career. Douglas

is constantly learning and trying to better himself. He has a genuine thirst for all types of knowledge and enjoys growing and learning new skills. Currently Douglas has thrown himself into his work and has learned new skills like bookkeeping, purchasing, and blueprint drawing at the company he has worked at for the past two years. Douglas rarely drinks and especially post arrest never does so to excess. Before he was arrested he would smoke marijuana but gave it up completely the day of his arrest because even on that day he knew it was a turning point in his life. He has told me about how he feels each day after his arrest is an opportunity to start building the rest of his life.

Douglas is a caring and compassionate man. He is very close with his family and spends every Sunday with them having dinner. He adores his nieces and spends quality time playing with them whenever possible. He regularly attends their sporting events and nurtures their education and creative endeavors by helping them with their homework and art projects. I have witnessed how his friends admire and look up to him. Over the summer he was asked to officiate a wedding of two of his close friends and spent a great deal of time preparing and executing a beautiful wedding ceremony.

I am continuing my relationship with Douglas through this difficult time. I have chosen to do this because I know the kind and caring nature of who he is as a person. I know how motivated he is in his heart to do what is right by the people who have invested so much time and energy into his life. Douglas has never been in trouble before and his actions post arrest assure me that will never be in trouble again. When I look back on the time from arrest until now, I can see just how much Douglas has changed. He understands the harm, pain, embarrassment and hardship his actions have caused and has taken responsibility. He has worked to take a situation that is completely of his own doing and used the best parts of his nature to learn and grow from it.

Respectfully yours,

Elise Brooks

# EXHIBIT C

REMcNAMARA
CUSTOM•DESIGN•BUILD

8615 ROLL ROAD | CLARENCE CENTER, NEW YORK 14032-9139
PHONE: 716-741-4819 | FAX: 716-741-4265

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: US v. Douglas Brooks, 17-CR-131-a

Your Honor,

My name is Richard E. McNamara and I am the owner and operator of R.E. McNamara, Inc. I am writing to you today on behalf of my employee Douglas Brooks. Doug currently holds the position of Lead Draftsman in my company. I hope that I can share my experience and knowledge of who Doug is as an employee and a person. Before I speak about Doug, let me tell you a bit about myself and my business. I am on the Zoning Board of Appeals for the Town of Clarence since April of 2014. I have been the treasurer of Northern Erie Snow Seekers, a snowmobiling organization in Erie county, for twelve of the last fifteen years. I am a youth hockey coach for the last 20 years at the house level to AAA and high school. I am a proud father of 4 children.

I started R.E. McNamara, Inc. in 1976 as a remodeler and general contractor in Western New York. I now have over 25 employees working out of a 15,000 square foot location in Clarence Center. We provide high end remodeling services including everything from foundation work up new builds to gutting and renovation projects.

Doug has explained to me that despite his best efforts he is still facing a significant amount of time being incarcerated. Doug has had a huge impact on my business throughout the past two years. Losing him for any amount of time will have a negative effect on my business and fellow employees. Due to the multitude of functions and responsibilities he holds, it is not feasible for me to replace him. It would be nearly impossible to find someone with the same skills that Douglas has and I am not able to expand my payroll to accommodate two or three more office workers. I have extended an offer to Doug to hold his position for up to 6 months and use freelancers so that he can come back to work for me. I would most likely need to hire and train two people to replace just his drafting capacities, and that training could take six months minimum and even then I can not be sure they will live up to the quality my customers demand.

The thing that makes Doug so indispensable is that he is able to understand the full scope of our projects. In order to illustrate just how critical Doug's continued employment is to my company, I would like to list some of the jobs, responsibilities and roles that Doug has in my company beyond his base job responsibly of being a draftsman for all of our plans. Many of my employees only care about what their job is. The painter paints for his eight hours a day and pays no attention to what the carpenter is doing. Doug isn't like that. He is constantly paying attention to what is going on around him and keeping track of what needs to be done and by who. Doug has carved out a unique position in my company because of his flexibility and eagerness in taking on additional tasks as well as his diverse skillset. Doug controls the purchasing of all cabinet components for all of

our projects. He is specially trained in the specific programs he runs and operates websites for three different businesses, he is the only person who knows how to do the programming specifically for our website. Our website is responsible for roughly half of our new leads. Doug provides a first line a tech support help for our office computers, phones, email servers and bookkeeping systems. Doug monitors the shipping and receiving of cabinetry and raw materials. It is Doug's jobs to work with vendors and sales people to make sure we are getting the best prices on materials. Doug's knowledge and experience has allowed us to begin selling products on Amazon, a process that he implements and oversees. Doug is able to invoice and bill customers. He is able to quote window, door and cabinet jobs directly to customers. Doug is able to enter bills and ready them to be paid.

R.E. McNamara, Inc. has very specific ways of doing things. We are known for our attention to detail and do extremely high end remodel and renovations. The field of construction is already complicated, but our way of doing things make it even more so. It requires our drafters to have an extreme attention to detail and full understanding of the building process. Doug has quickly proven himself capable of filling this role. Doug is one of three office workers in my company. The rest of my people work out in the field or in the cabinetry shop. Doug has experience in the role of two of these positions. To further illustrate my need for Doug to remain working, my current bookkeeper is pregnant and will be out on leave for six months around July 1st. I am planning on having Doug help pickup the additional bookkeeping tasks. I do not know what I would do without having him working for me. In my experience a person with his personality, curiosity and work ethic are extremely rare to find.

I hired Doug in late November 2015 and his first day was December 15th 2015. I hired Doug as a graphic designer, bookkeeper and office manager for my business. On Doug's first day I pulled him into my office and asked him a series of questions that I ask all my new hires before I run background checks on them. I asked him if he had ever been convicted of a crime. I will never forget how he paused for a moment and with no further hesitation or prodding from me explained that he had in fact been recently arrested and would be convicted of a crime in the future. He went into detail to me about what had happened. He offered to resign his position if I wasn't comfortable with having someone in his situation as an employee.

I was impressed that Doug would disclose this information to me even before he was further along in the court process. To me this showed a great deal of respect. When I asked him why he informed me, he told me the following: He knew that part of his job was going to be involved with my business's money, and that he would be doing bank deposits and have access to company money. He felt that it was only right for me to know his full situation and have a choice whether I was comfortable with it or not. He also told me that he knew this wasn't going to be the last time that he had to explain his actions that resulted in a felony conviction, and that he felt it was smart to get used to explaining it. I felt that this showed a great deal of understanding and acceptance and respect very early on, and because of his candor I had no problem giving him a chance.

Doug works like a man who has something to prove. Doug never misses work. He has not missed a day in the two years that he has worked here. In fact, the only time he in not there at work hours is for appointments related to court. Doug arrives on time and ready to work. He works long hours to get the job done. His average work week is 43-46 hours and he is often the last person to leave the office.

Doug seems to rise to whatever challenge might be thrown at him. Within a month of him starting with me he had implemented a time tracking software for the employees. This system streamlined our tracking and billing system as well as helped to keep people accountable for their time management. This had been a goal of mine for awhile and Doug was able to make it happen. I estimate this system saves me thousands of dollars per year. In late 2016 I purchased a local cabinet business and made plans to move our wood shop and office to that location. It was Doug who went in with me to prepare our business to move to the new location to prepare our takeover. He coordinated the move from one office to the other and lead the other workers in migrating to our

new office. Doug developed new systems to insure our cabinets were delivered to our warehouse, inventoried, and prepared to go out to our clients in the most efficient way possible.

We have a very dynamic work environment and require workers who can do a multitude of tasks. Doug is considered an "office worker", but even my office workers have to go out and get dirty in the cabinet shop or on a job site. Doug has never complained or showed any dissatisfaction when asked to do any task. He loads, unloads trucks and drives them for deliveries, prepares materials and helps the cabinet makers in the shop with a genuine curiosity and respect. He is always ready to unload a truck, lend a hand to another worker, or learn a new skill.

When Doug started with me, I hired him for graphic design and bookkeeping but I saw much more potential in him. When Doug started I had two draftsmen working for me. Their responsibility was to use computers to draw the plans for all of our construction jobs and to work with other departments to make sure that all of our plans were accurate. When one of them went back to school I asked Doug if he thought he would be able to draft plans on the computer. He told me that he had never tried before but he would be happy to try. Six months later, Doug is the lead draftsman of my company and he is doing the job that previously took two full-time workers. He shows a great drive and understanding and most importantly, a desire to learn from his errors. I strongly believe that this self reflective and self correcting attitude will apply to his criminal actions as well.

If Doug had never told me about his legal problems, I would never have known through interacting with him. He has a level attitude and a calm demeanor. He has a great sense of humor and is a team player and is admired for his curiosity. He takes the time to learn about everyone's job in the company in an effort to understand and do his own job better. I am glad that he was honest with me, it has allowed us to have many productive conversations about his case and the consequences of his conduct. He has shown genuine remorse for what he has done. He has spoken to me multiple times about how thankful he is to me for allowing him this opportunity and how disappointed he is that his previous actions may squander the start of such a promising career move.

I remember telling Doug on the day he told me about his charges that the day he was arrested would be a turning point in his life. I told him that he needed to use his offence and remorse as a motivator. I have seen first hand that Doug has taken this advice to heart. It is my hope that Doug can continue working for me and help me grow my business, and I can continue to see him grow professionally.

Please don't hesitate to call me if you would like to talk futher

Thank you for your time,

Richard E. McNamara
President & Owner

# EXHIBIT D

# JORDAN EWING

---

**Honorable Richard J Arcara**
**Senior United States District Judge**
**Western District of New York**
**2 Niagara Square**
**Buffalo, NY 14202**

January 23, 2018

*re: U.S. v. Douglas Brooks, 17-CR-131-A*

Dear Judge Arcara.

I am submitting this letter on behalf of Douglas Brooks. My name is Jordan Ewing, a former City of Buffalo Emergency Medical Technician and a friend of Douglas' for approximately seven years, including past roommates for nearly a year.

In the years of knowing and living with Douglas, there are countless times he has shown his truly caring and responsible character. He was whose house I showed up to in middle of the night after a breakup with my fiancee, letting me in with open arms and offering a place to stay. Douglas showed me compassion and empathy, even during some times that I didn't quite merit the benevolence. Through these times Douglas has always been a loving, caring, and compassionate person, and anyone knowing him is honored and lucky to call him a friend.

Knowing Douglas for these years, I have never known him to be anything less than responsible for himself and his actions. I can wholeheartedly state that he is very remorseful for his wrongdoing and would not want to put any more of his talented future or life at risk by committing any further misconduct.

I am honored to submit this on behalf of Douglas.

Respectfully Yours,
Jordan D Ewing

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202.

RE: U.S. v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara,

I am submitting this letter on behalf of Douglas Brooks. My name is James Jensen, and I first met Douglas while attending SUNY Buffalo in the Communication Design program during the years of 2006-2009. I finished my program in the fall of 2008 and graduated Spring of 2009. I currently work at IDL Worldwide in Portland, OR as a graphic designer. Since the time of my move from Buffalo, NY to Portland, OR, Douglas and I have kept in constant contact. He represents the strongest current friendship I have made outside of High School, and is an important part of my life. In 2012, I married my wife and I was honored to have Douglas Brooks fly from Buffalo to Portland to be my groomsman. That was the happiest day of my life, and I am proud to have shared it with my friend Doug.

As long as I've know him, Doug has been an extremely driven person. I recall how hard he worked to juggle school and a job along with internships while in college. Doug was considered a top student in the graphic design department. Doug was born with an artistic talent but I have witnesses the hard work and effort to hone and perfect his craft. Just as importantly, he possesses an outgoing personality that has made it possible for him network and get his name out there. By the time we graduated Doug had done three internships and was already hired as a freelance graphic designer. Doug always wanted to see his fellow students succeed. In the computer lab if a fellow student had a problem or question about a program or their project, they could count on Doug to try his best help them.

Over the past two years our conversations have taken a more somber tone. I do not know how to describe Doug's mental state except for deep regret for his actions. I have full confidence that Doug understands his situation and will change his future behavior because of this life changing event. Douglas has a new perspective of what it means to be privileged to be within the law of the land, and how his actions have affected his friends, his family, and his future. I know Douglas will be willing to do everything he can to make sure that those he care about understand that he will not cause them harm, that he loves them, and that he will change so that he may return to a sense of normality that he took for granted.

The defendant, Douglas, could not be more remorseful. My conversations with Douglas demonstrate to me that Douglas knows and understands fully his responsibility for the underlying offense. He took the time to explain exactly what had happened and how he could be foolish and greedy enough to commit this crime. He did not shy away from his guilt or sugar coat what had happened. He was apologetic and filled with what I would describe as deep regret. Douglas doesn't lack awareness, he understands exactly what decisions have brought him to this situation and how he will move forward with the rest of his life. I think he struggles to forgive himself for his actions. I think he will be the last person to forgive himself for his criminal conduct and the conduct it has had on the people around him.

I stood with my friend Douglas before I knew of this case, and I stand with him still even after I have learned about the violation of the federal statute. I will be happy to see him soon. He is a large part of my life, and his past accomplishments will carry with him to the future and he will redeem himself.

Respectfully yours,

James Jensen

Honorable Richard J. Arcara
Senior United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S v. Douglas Brooks, 17-CR-131-A

Dear Judge Arcara:

My name is Jacob Lakas and I am a longtime childhood friend of Douglas Brooks. I have known Doug since we were six and Doug moved from Attica to Fredonia. We lived down the street from each other and rode the same bus through all our years of school. Doug has remained consistently one of my best and loyal friends throughout adulthood. It is my pleasure to tell you a bit about who Douglas Brooks is as a person.

I was born without an arm from mid forearm down my left side. I pride myself on never being slowed down by this, and in most ways I never was. However, as I'm sure you know kids can be cruel. There were times that I was teased and picked on, and when I would defend myself Doug would be right there next to me as a friend to defend me, or as someone to talk to about what had happened. It is never easy feeling different as a kid, and having a friend like Doug made it easier. I recall a time when we were an adult that Doug told me that he never considered me handicapped or disabled, and I feel that really captures the nature of Doug and our friendship. I don't consider myself handicapped, and to hear that from a long time friend was heartwarming.

I remember one summer my parents bought me a new bike and my left forearm would keep slipping off the handlebar and a few times I fell. Every day when Doug and I would hang out he would trade bikes with me for the day. I would ride his bike all day and not have to worry about falling off, and we would switch back after we would head home for dinner. This small act of kindness meant the world to me at the time. And I still look back at it as an adult and feel thankful to Doug.

Doug and I were inseparable inside and outside of school. We had many classes together and would eat lunch together everyday, and then after school we would go to each others houses. We would ride bikes all summer, swim, and adventure in the forests around our homes. We spent so much time with each other that we each became friends of eachothers family. To this day my parents ask about how Douglas is doing, and I know his family does the same. Doug was a large part of what was a very happy and fulfilling childhood.

Doug was always an attentive student. I remember him excelling at art and history, but I know he really had to work at other subjects. I don't remember him ever getting in trouble. Doug was always willing to help me, or other students with our work. One of the memories I have is of Doug filling and processing film for students in our photography

classes because he was good at it and lots of students struggled with it. I remember asking Doug why he spent so much of his time helping the other students when we were under pressure to get our projects done, and he told me something to the effect that by helping others with things they had trouble with, it made him feel good, and that he knew if he had troubles in another area of the project he would have someone to ask for help.

Doug has always been there for me as a friend. I remember once in high school, on a Saturday I had gotten a flat tire overnight and I didn't have a way to get to my new job. I was terrified that I would be fired for being late in the first two weeks, I called Doug at 7:30am, and Doug jumped in his car to come pick me up and take me to work, 8 hours later Doug was there to pick me up and help me take the tire to be fixed and help me put it back on. This is just one example but Doug has always been there when I needed him.

Doug is an extremely motivated person. Throughout our adult lives we have maintained a close relationship and have enjoyed all of life's highs and lows together. When I accomplish anything, get a new job or start a new relationship, I can't wait to share these moments with him.

Douglas and I have talked at great lengths about how he ended up in trouble with the law. He has shown me that he understand what wrong thinking got him into this situation, and how he plans to make sure it never happens again. He has told me about how terrible he feels for putting his girlfriend, friends and family through this. He has told me about how badly he feels about being on the wrong side of the law of his country and expending the time, energy and money of the government because of his actions. Through all the times that we spoke about this, he never attempted to feel sorry for himself or hide from his responsibility. I have heard him speak about taking responsibility for his actions. He once even told me that he was confident that he would be stronger and better after this process is over.

I believe in Doug. I plan to do whatever I can to support and assist him in reaching his goals. I am extremely confident that Doug will never do anything to jeopardize his future again, and I plan on being by his side to make sure. Thank you for allowing me to speak on Douglas's character.

Respectfully yours,

Jacob J Lakas

Christopher J. Prell

Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square

Buffalo, NY 14202

Re: US v. Douglas Brooks, 17-CR-131-a

Dear Judge Arcara:

I am submitting this letter to you on behalf of Douglas Brooks. I have known Douglas for 12 years. I first met Doug when we worked for Tops Markets in Lockport, NY together for about a year and a half (2005-2006) and have been friends ever since.

Doug and I worked together in the bakery. We both were working through college at the time. Doug at the University at Buffalo and me at ITT Tech. We would work always end up working together the 2pm-10pm shift when our schedules would allow it. Even then Doug was a natural leader. It seemed like we had a revolving door of new trainees of all different sorts to teach how to do the job and Doug had the task of training them. He would always take the time to make sure each trainee had enough time to learn every step of our daily tasks. Doug would identify the person's strengths and make sure they were utilized in a way that would make the team more successful.

Doug has often been generous with his time and effort. When we worked together I did not have a car or my license and would ride my bike close to three miles to work. We often had to work late, sometimes getting out around 11pm. Doug would always insist on throwing my bike in the back of his four door car and drive me home in the completely opposite direction of his house.

In 2005 my father passed away after a long illness. Doug had been a constant shoulder to lean on in those hard times. We would talk for hours as we worked and just having someone to listen to me was very cathartic. I cannot overstate how important this was to me at the time. It made this impossible situation just a little easier to process and handle.

Douglas brought his legal issues with his involvement in trading Bitcoin to my attention in July of this year. He told me how he got in some serious trouble over it and was facing a long time in

prison for it. I only have a basic understanding of how Bitcoin works but Doug explained how he sold bitcoin to people that knew were going to purchase drugs with it. From the conversation Douglas had with me I could tell he was deeply pained by having to tell me this. He apologized multiple times for bringing this sadness into my life. He seemed to be very angry with himself. Doug made it very clear that it was his own stupidity and greed that got him into this situation. He spoke to me about how scared he was for his future. He explained how sad he was that he had caused so much pain to his girlfriend and to his family. It was awful to see my friend so broken and scared.

Having known Douglas for so long, and from our multiple conversations since his arrest, I truly believe that Doug will never put himself in a situation to hurt the people around him. I continue to support Douglas in all he does. He has always been a great friend and an all around stand up guy. I look forward to a time where this is behind him and Doug can repair the relationships he has harmed through his actions. I know he will continue to do great things in his life.

Respectfully yours,

Christopher J. Prell

**Honorable Richard J. Arcara**
**Senior United States District Judge**
**Western District of New York**
**2 Niagara Square**
**Buffalo, NY 14202**

**Re: US v. Douglas Brooks, 17-CR-131-a**

Dear Judge Arcara,

I am submitting this letter on behalf of Douglas Brooks. My name is Matthew J Rua and I am currently a student in Engineering. I previously worked as a CAD drafter in the same company as Doug for around two years. During this time Doug and I developed a solid friendship and work relationship. I was shocked when he told me about his criminal case and his illegal actions. I had no idea that Doug was in the process of resolving such serious charges in his life. It seemed unimaginable that the whole time I had worked with Doug was after his arrest. I would never of expect someone with the drive, determination, and leadership qualities Doug possess to be facing such charges.

Doug is someone who give great work and life advice. At work, when he speaks people listen. He is able to joke with people and make even impossible tasks seem easier. He has a remarkable gift to motivate people. I remember a day in the summer where a large tractor trailer full of cabinets for one of our jobs showed up to our warehouse at 4:15pm after all the workers back who normally unload had gone home. We were not supposed to get deliveries after 3:00pm for this reason. After a long day of work the last thing we wanted to do was spend an hour unloading a truck of heavy cabinets into a warehouse when we were supposed to be going home ourselves in fifteen minutes. Doug's positive attitude and joking nature was infectious and an hour later we were done and all the cabinets were inventoried. The next day Doug had contacted the cabinet company and arranged it so that we never got another cabinet delivery after 3:00pm again. That is what Doug would do time and again at work, he would identify problems and work to resolve them.

I know that Doug possesses the self awareness to identify the problems in his own thinking and actions and resolve them. Doug has told me the details of this criminal conduct and I can tell he was embarrassed and ashamed. I could see how awful he felt. He explained how much he has hurt his family and girlfriend. I have seen Doug grow and change as a person over the two years that we worked together and I am confident that he had learned his lesson and will do whatever possible to move on with his life.

Respectfully yours,

Matthew J. Rua

Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square

Buffalo, NY 14202

Re: US v. Douglas Brooks, 17-CR-131-a

Your Honor,

I am writing this letter on behalf of my friend Douglas Brooks with full knowledge of Mr. Brooks charge of buying and selling virtual currency without being licensed, while knowing that some of the transactions were related to controlled substances.

I am currently production manager at Olson Farms in East Amherst NY and most recently worked in emergency medical services in Buffalo and Niagara falls. I met Douglas during my first semester at Niagara County Community College in fall of 2004, where we were both enrolled in fine arts. Douglas transferred to University at Buffalo where he received his BS in graphic design. Shortly after college Douglas and I became roommates for a period of eight months and have remained friends for the past thirteen years.

Because of our long friendship I feel as if though I am in a position to speak of Doug's character. Doug is a very friendly and outgoing person, one who is easy to get to know. I have always known him to be honest, reliable and willing to lend a helping hand. For example, I was unemployed for a few months during the period of time in which we were roommates and he offered to pay my share of rent until I was more financially stable. In our group for friends Doug's judgement and opinion is held very highly. When people have problems big or small, they ask Doug for advice. Doug even gave me advice that directly caused me to enter a relationship with my now wife.

Douglas has always looked out for his friends. In college Doug was regularly the designated driver on our nights out and would always make sure everyone got home safe. Doug is also a very family oriented person and often speaks of getting together with them for Sunday dinners. I've found this to be very important to him as he keeps this time set aside weekly.

When Douglas told me of his charges, I was shocked as Doug has always been someone I respect and look up to as a person who strives to do right. We discussed his current

situation and he expressed how much he regrets having committed a felony and has no one to blame but himself. We spoke about the effect is has having on his family, his girlfriend and generally his life. As a person who has known Doug so long, I can tell you that he absolutely destroyed by guilt and sorry for his actions. I have informed Doug that no matter what consequences my wife and I will do whatever is in our power to help him and continue to give him the support he needs. Despite learning of these charges my wife and I still requested that he officiate our wedding on August 12th to which he generously accepted. Thank you for allowing me this opportunity to speak about my friend.

Respectfully yours,

Carl Strauss

# EXHIBIT E

# Buy bitcoins online with US Dollar (USD)

**Browse Offers:** Bank Transfers (/buy-bitcoins-online/usd/c/bank-transfers/), Online Wallets (/buy-bitcoins-online/usd/c/online-wallets/), Pre-Paid Debit Cards (/buy-bitcoins-online/usd/c/pre-paid-debit-cards/), Remittance (/buy-bitcoins-online/usd/c/remittance/), Gift Card Codes (/buy-bitcoins-online/usd/c/gift-card/), Other Payments (/buy-bitcoins-online/usd/c/other-payments/)

Showing results **51 - 100** of **919**

← (?page=1) 1 (?page=1) 2 3 (?page=3) 4 (?page=4) 5 (?page=5) 6 (?page=6) 7 (?page=7) 8 (?page=8) 9 (?page=9) 10 (?page=10) 11 (?page=11) 12 (?page=12) 13 (?page=13) 14 (?page=14) 15 (?page=15) 16 (?page=16) 17 (?page=17) 18 (?page=18) 19 (?page=19) → (?page=3)

| Seller | Payment method | Price / BTC | Limits |
|---|---|---|---|
| Sonu2k1us (500+; 97%) (/accounts/profile/Sonu2k1us/) ● | Neteller (/buy-bitcoins-online/USD/neteller/) | **11,251.51 USD** | 500 - 2,250 USD |
| whernandez (500+; 100%) (/accounts/profile/whernandez/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,251.51 USD** | 428 - 428 USD |
| whernandez (500+; 100%) (/accounts/profile/whernandez/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) ZELLE | **11,251.51 USD** | 428 - 428 USD |
| Sonu2k1us (500+; 97%) (/accounts/profile/Sonu2k1us/) ● | Neteller (/buy-bitcoins-online/USD/neteller/) | **11,251.51 USD** | 350 - 25,000 USD |
| BORABORA2016 (1000+; 99%) (/accounts/profile/BORABORA2016/) ● | Western Union (/buy-bitcoins-online/USD/western-union/) | **11,251.51 USD** | 300 - 5,626 USD |
| Coins_4_less (500+; 100%) (/accounts/profile/Coins_4_less/) ● | Cash by mail (/buy-bitcoins-online/USD/cash-by-mail/) | **11,251.51 USD** | 1,000 - 11,252 USD |
| Sonu2k1us (500+; 97%) (/accounts/profile/Sonu2k1us/) ● | Neteller (/buy-bitcoins-online/USD/neteller/) | **11,251.51 USD** | 500 - 2,250 USD |
| Sonu2k1us (500+; 97%) (/accounts/profile/Sonu2k1us/) ● | Neteller (/buy-bitcoins-online/USD/neteller/) | **11,251.51 USD** | 500 - 2,250 USD |
| BORABORA2016 (1000+; 99%) (/accounts/profile/BORABORA2016/) ● | Moneygram (/buy-bitcoins-online/USD/moneygram/) | **11,251.51 USD** | 300 - 3,375 USD |
| Sonu2k1us (500+; 97%) (/accounts/profile/Sonu2k1us/) ● | Moneybookers / Skrill (/buy-bitcoins-online/USD/moneybookers-skrill/) | **11,251.51 USD** | 500 - 2,250 USD |
| Samphil (3000+; 100%) (/accounts/profile/Samphil/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) Wells Fargo- see my other ads for higher limits | **11,260.34 USD** | 500 - 2,000 USD |
| AndyBrooks (3000+; 100%) (/accounts/profile/AndyBrooks/) ● | Cash by mail (/buy-bitcoins-online/USD/cash-by-mail/) | **11,260.95 USD** | 5 - 10,000 USD |
| tugoluk (100+; 98%) (/accounts/profile/tugoluk/) ● | WebMoney (/buy-bitcoins-online/USD/webmoney/) | **11,271.18 USD** | 70 - 564 USD |
| kgw (500+; 100%) (/accounts/profile/kgw/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) CO-OP CREDIT UNIONS ⚡ QUICK RELEASE ⚡ SIMPLE ⚡ | **11,277.82 USD** | 1,500 - 7,500 USD |
| bitobit (3000+; 100%) (/accounts/profile/bitobit/) ● | Other online payment: (/buy-bitcoins-online/USD/other-online-payment/) - - - - - - - > PIVx or zPIV < - - - - - - - | **11,279.39 USD** | 200 - 1,692 USD |
| coinfarm (1000+; 100%) (/accounts/profile/coinfarm/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) 5/3 [Read Instructions!] | **11,296.61 USD** | 750 - 1,900 USD |
| Amirniakan (100+; 100%) (/accounts/profile/Amirniakan/) ● | WebMoney (/buy-bitcoins-online/USD/webmoney/) | **11,300.50 USD** | 300 - 1,000 USD |

| | | | |
|---|---|---|---|
| kgw (500+; 100%) (/accounts/profile/kgw/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,301.29 USD** | 2,500 - 16,000 USD |
| cesardlc (100+; 100%) (/accounts/profile/cesardlc/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) TD Bank, Wellsfargo | **11,304.68 USD** | 500 - 1,290 USD |
| orcana (100+; 100%) (/accounts/profile/orcana/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,306.13 USD** | 300 - 1,500 USD |
| lker07 (500+; 98%) (/accounts/profile/lker07/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) Td bank | **11,315.00 USD** | 1,500 - 1,700 USD |
| johan1129 (100+; 100%) (/accounts/profile/johan1129/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) Banesco Panamá | **11,326.55 USD** | 100 - 1,500 USD |
| bitwinche (100+; 100%) (/accounts/profile/bitwinche/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) ✅★★BANESCO★★✅PANAMA✅INMEDIATO✅★★BANESCO★★✅ | **11,334.00 USD** | 10 - 512 USD |
| DIRECTCOIN1 (3000+; 100%) (/accounts/profile/DIRECTCOIN1/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,345.83 USD** | 2,500 - 30,000 USD |
| CoinsTradingCo (500+; 100%) (/accounts/profile/CoinsTradingCo/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,347.64 USD** | 1,000 - 17,021 USD |
| CoinsTradingCo (500+; 100%) (/accounts/profile/CoinsTradingCo/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) All US Banks via Wire Transfer | **11,347.64 USD** | 1,000 - 17,021 USD |
| vityad (100+; 100%) (/accounts/profile/vityad/) ● | Perfect Money (/buy-bitcoins-online/USD/perfect-money/) | **11,348.41 USD** | 200 - 2,270 USD |
| denysfm (1000+; 100%) (/accounts/profile/denysfm/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) ZELLE✅BOA ✅WELLS ✅CITIBANK✅TDBANK✅CHASE✅AND OTHERS | **11,350.00 USD** | 20 - 227 USD |
| wesam88 (3000+; 100%) (/accounts/profile/wesam88/) ● | Perfect Money (/buy-bitcoins-online/USD/perfect-money/) | **11,359.35 USD** | 10 - 3,000 USD |
| Avion1234 (500+; 100%) (/accounts/profile/Avion1234/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,360.75 USD** | 2,000 - 21,512 USD |
| Joal19 (1000+; 100%) (/accounts/profile/Joal19/) ● | Cash by mail (/buy-bitcoins-online/USD/cash-by-mail/) | **11,360.75 USD** | 1,000 - 10,000 USD |
| jelkic.andrej (100+; 100%) (/accounts/profile/jelkic.andrej/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) JPMorgan Chase Bank | **11,360.75 USD** | 2,000 - 34,082 USD |
| Robin_Good (100+; 100%) (/accounts/profile/Robin_Good/) ● | WebMoney (/buy-bitcoins-online/USD/webmoney/) | **11,360.75 USD** | 50 - 3,100 USD |
| Miss.mony (9; 100%) (/accounts/profile/Miss.mony/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) Egypt | **11,360.75 USD** | 1,000 - 20,000 USD |
| orcana (100+; 100%) (/accounts/profile/orcana/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) Wells Fargo / TD Bank | **11,360.75 USD** | 400 - 1,298 USD |
| bitobit (3000+; 100%) (/accounts/profile/bitobit/) ● | Cash by mail (/buy-bitcoins-online/USD/cash-by-mail/) | **11,363.21 USD** | 50 - 1,704 USD |
| BitcBoss (15 000+; 100%) (/accounts/profile/BitcBoss/) ● | Perfect Money (/buy-bitcoins-online/USD/perfect-money/) | **11,382.60 USD** | 100 - 1,138 USD |
| philly387 (1000+; 100%) (/accounts/profile/philly387/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) Huntington Bank ► Fast ► Instant Release | **11,388.06 USD** | 200 - 478 USD |
| CaptainCook (20 000+; 100%) (/accounts/profile/CaptainCook/) ● | National bank transfer: (/buy-bitcoins-online/USD/national-bank-transfer/) United States | **11,388.94 USD** | 3,000 - 50,000 USD |
| paolameza06 (100+; 100%) (/accounts/profile/paolameza06/) ● | Western Union (/buy-bitcoins-online/USD/western-union/) | **11,400.00 USD** | 800 - 2,900 USD |

| | | | |
|---|---|---|---|
| wiseoldwolf (30+; 97%) (/accounts/profile/wiseoldwolf/) ● | Western Union (/buy-bitcoins-online/USD/western-union/) | **11,400.00 USD** | 200 - 452 USD |
| guillermex (30+; 97%) (/accounts/profile/guillermex/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) ⚡⚡ BANK OF AMERICA (ALSO ZELLE) ⚡⚡ | **11,420.40 USD** | 1,000 - 13,697 USD |
| mikdpntr (100+; 100%) (/accounts/profile/mikdpntr/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) ***Cash Deposit***HSBC***TD*** | **11,424.94 USD** | 250 - 2,500 USD |
| methoxy (100+; 94%) (/accounts/profile/methoxy/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) Key bank | **11,431.26 USD** | 400 - 998 USD |
| salamgorjestan (3000+; 99%) (/accounts/profile/salamgorjestan/) ● | Western Union (/buy-bitcoins-online/USD/western-union/) | **11,443.65 USD** | 2,000 - 2,397 USD |
| Buycheapbitcoins (1000+; 93%) (/accounts/profile/Buycheapbitcoins/) ● | Perfect Money (/buy-bitcoins-online/USD/perfect-money/) | **11,446.81 USD** | 10 - 500 USD |
| businessonline789 (100+; 95%) (/accounts/profile/businessonline789/) ● | Payoneer (/buy-bitcoins-online/USD/payoneer/) | **11,459.07 USD** | 100 - 573 USD |
| Favorite_Select (30+; 100%) (/accounts/profile/Favorite_Select/) ● | Cash deposit: (/buy-bitcoins-online/USD/cash-deposit/) PNC or Wire from your own bank | **11,464.07 USD** | 500 - 2,900 USD |
| btcwarehaus (1000+; 100%) (/accounts/profile/btcwarehaus/) ● | Western Union (/buy-bitcoins-online/USD/western-union/) | **11,469.99 USD** | 500 - 2,000 USD |
| TarekTTG (3000+; 100%) (/accounts/profile/TarekTTG/) ● | Transfers with specific bank: (/buy-bitcoins-online/USD/transfers-with-specific-bank/) BANESCO PANAMA | **11,469.99 USD** | 300 - 1,000 USD |

← (?page=1) 1 (?page=1) 2 3 (?page=3) 4 (?page=4) 5 (?page=5) 6 (?page=6)
7 (?page=7) 8 (?page=8) 9 (?page=9) 10 (?page=10) 11 (?page=11) 12 (?page=12)
13 (?page=13) 14 (?page=14) 15 (?page=15) 16 (?page=16) 17 (?page=17) 18 (?page=18)
19 (?page=19) → (?page=3)

ABOUT
About us (/about)
Careers (/careers)
Fees (/fees)
Security bounties (/whitehat)
Statistics (/statistics)
Terms of service (/terms_of_service/)
SUPPORT
Contact support (/support/request/)
FAQ(/faq)
Guides (/guides/)
Forgot password (/password_reset/)
SERVICES
English
API documentation (/api-docs/)
LocalBitcoins ATM (/atm/order-your-own-bitcoin-atm)
Affiliate (/affiliate/)
Block Explorer (https://localbitcoinschain.com)
FOLLOW US
Facebook (https://www.facebook.com/pages/Localbitcoinscom/266849920086274?notif_t=page_new_likes)
Twitter (https://twitter.com/LocalBitcoins)
Instagram (https://www.instagram.com/localbitcoins/)
Reddit (http://www.reddit.com/r/localbitcoins/)
IRC (/irc)
Blog (/blog/)
Chinese Blog (http://www.weibo.com/localbitcoins/)

# Sell bitcoins for cash near 4251-4263 NY-2, Troy, NY 12180, USA




(https://maps.google.com/maps?ll=42.625296,-72.645168&z=6&t=m&hl=en&gl=US&mapclient=apiv3)

More bitcoin exchange options

Buy bitcoins locally » Buy bitcoins with cash near 4251-4263 NY-2, Troy, NY 12180, USA (/buy-bitcoins-with-cash/85580294/troy-ny-12180-usa/)

Online trade » Buy bitcoins online in United States (/buy-bitcoins-online/us/) » Sell bitcoins online in United States (/sell-bitcoins-online/us/)

| Trader | Distance | Location | Price/BTC | Limits |
|---|---|---|---|---|
| ElyssiumCoins (100+; 100%) (/ad/406173/sell-bitcoins-for-cash-hartford-ct-usa) ● | 130.8 miles | Hartford, CT, USA | **10,623.77 USD** | 350 - 3,000 USD |
| coinguy32us (19; 100%) (/ad/633962/sell-bitcoins-for-cash-hartford-ct-usa) ● | 130.8 miles | Hartford, CT, USA | **10,383.31 USD** | 1,000 - 5,000 USD |
| ElyssiumCoins (100+; 100%) (/ad/371557/sell-bitcoins-for-cash-new-britain-ct-usa) ● | 136.4 miles | New Britain, CT, USA | **10,623.77 USD** | 350 - 4,000 USD |
| Joal19 (1000+; 100%) (/ad/446312/sell-bitcoins-for-cash-leominster-ma-usa) ● | 151.0 miles | Leominster, MA, USA | **10,519.68 USD** | 1,000 - 10,000 USD |
| ElyssiumCoins (100+; 100%) (/ad/376589/sell-bitcoins-for-cash-new-haven-ct-usa) ● | 167.5 miles | New Haven, CT, USA | **10,623.77 USD** | 500 - 4,000 USD |
| CoinPro (3000+; 100%) (/ad/78985/sell-bitcoins-for-cash-fairfield-ct-usa) ● | 179.2 miles | Fairfield, CT, USA | **10,754.92 USD** | 25 - 25,000 USD |
| CoinPro (3000+; 100%) (/ad/77178/sell-bitcoins-for-cash-norwalk-ct-usa) ● | 180.3 miles | Norwalk, CT, USA | **10,754.92 USD** | 25 - 25,000 USD |
| granulas (100+; 100%) (/ad/420247/sell-bitcoins-for-cash-lowell-ma-usa) ● | 185.6 miles | Lowell, MA, USA | **10,044.49 USD** | 300 - 2,000 USD |
| CoinPro (3000+; 100%) (/ad/78983/sell-bitcoins-for-cash-stamford-ct-usa) ● | 186.9 miles | Stamford, CT, USA | **10,754.92 USD** | 25 - 50,000 USD |
| snowgreg (1000+; 100%) (/ad/351728/sell-bitcoins-for-cash-ledyard-ct-06339-usa) ● | 193.9 miles | Ledyard, CT 06339, USA | **9,127.70 USD** | 500 - 9,950 USD |
| dcs420 (100+; 99%) (/ad/695269/sell-bitcoins-for-cash-salem-nh-03079-usa) ● | 194.6 miles | Salem, NH 03079, USA | **10,620.14 USD** | 2,000 - 25,000 USD |
| VermontCrypto (1000+; 100%) (/ad/313141/sell-bitcoins-for-cash-burlington-vt-usa) ● | 195.9 miles | Burlington, VT, USA | **10,711.20 USD** | 100 - 10,000 USD |
| monumentcash (4; 100%) (/ad/705745/sell-bitcoins-for-cash-norfolk-ma-usa) ● | 197.5 miles | Norfolk, MA, USA | **11,396.32 USD** | 100 - 18,000 USD |

| | | | | | |
|---|---|---|---|---|---|
| snowgreg (1000+; 100%) (/ad/289354/sell-bitcoins-for-cash-west-greenwich-ri-02817-usa) ● | 200.3 miles | West Greenwich, RI 02817, USA | **9,127.70 USD** | 500 - 9,950 USD | |
| dlr355 (100+; 95%) (/ad/635536/sell-bitcoins-for-cash-pompton-lakes-nj-usa) ● | 201.0 miles | Pompton Lakes, NJ, USA | **10,958.00 USD** | 1,000 - 60,000 USD | |
| CoinFirm (1; 100%) (/ad/701504/sell-bitcoins-for-cash-paramus-nj-07652-usa) ● | 203.1 miles | Paramus, NJ 07652, USA | **10,958.00 USD** | 1,000 - 10,000 USD | |
| hollis423 (0) (/ad/701022/sell-bitcoins-for-cash-nj-4-englewood-nj-usa) ● | 209.0 miles | NJ-4, Englewood, NJ, USA | **10,958.00 USD** | 3,000 - 30,000 USD | |
| Btctigercoins (5; 100%) (/ad/702558/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **11,396.32 USD** | 100 - 22,000 USD | |
| NewEnglandBitcoin (7; 100%) (/ad/678256/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,820.50 USD** | 100 - 1,000 USD | |
| dcs420 (100+; 99%) (/ad/586067/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,620.14 USD** | 2,000 - 25,000 USD | |
| USMC1991 (3000+; 100%) (/ad/332055/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,492.61 USD** | 7,500 - 15,000 USD | |
| BostonBruinBitcoiner4 (100+; 100%) (/ad/451152/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,462.71 USD** | 1 - 10,001 USD | |
| CASH2COIN (30+; 96%) (/ad/632880/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,383.31 USD** | 100 - 100,000 USD | |
| justinbrown20 (0) (/ad/617804/sell-bitcoins-for-cash-boston-ma-usa) ● | 210.9 miles | Boston, MA, USA | **10,519.68 USD** | 1,000 - 10,500 USD | |
| dlr355 (100+; 95%) (/ad/620947/sell-bitcoins-for-cash-palisades-park-nj-07650-usa) ● | 212.5 miles | Palisades Park, NJ 07650, USA | **10,956.00 USD** | 1,000 - 60,000 USD | |
| dcs420 (100+; 99%) (/ad/695271/sell-bitcoins-for-cash-quincy-ma-usa) ● | 218.2 miles | Quincy, MA, USA | **10,620.14 USD** | Any amount | |
| JohnnyBoy111 (100+; 100%) (/ad/622195/sell-bitcoins-for-cash-hoboken-nj-usa) ● | 224.4 miles | Hoboken, NJ, USA | **10,055.42 USD** | At least 50000 USD | |
| Stealth2015 (1000+; 100%) (/ad/211302/sell-bitcoins-for-cash-757-bergen-ave-jersey-city-nj-07306-usa) ● | 227.0 miles | 757 Bergen Ave, Jersey City, NJ 07306, USA | **9,836.82 USD** | 20 - 3,000 USD | Sell (/ac |
| Stealth2015 (1000+; 100%) (/ad/212226/sell-bitcoins-for-cash-226-newark-ave-jersey-city-nj-07302-usa) ● | 227.0 miles | 226 Newark Ave, Jersey City, NJ 07302, USA | **9,836.82 USD** | 20 - 3,000 USD | Sell (/ad |
| Cryptolombard (500+; 100%) (/ad/594517/sell-bitcoins-for-cash-new-york-ny-usa) ● | 227.5 miles | New York, NY, USA | **11,280.22 USD** | 5,000 - 100,000 USD | |

Not seeing the bitcoin deal you are looking for?

Create your own LocalBitcoins.com trade advertisement in **United States** (/advertise/) or try with different search. ()

Create advertisement (/advertise/)

ABOUT
- About us (/about)
- Careers (/careers)
- Fees (/fees)
- Security bounties (/whitehat)
- Statistics (/statistics)
- Terms of service (/terms_of_service/)

SUPPORT
- Contact support (/support/request/)
- FAQ(/faq)
- Guides (/guides/)
- Forgot password (/password_reset/)

SERVICES
- English
- API documentation (/api-docs/)

Case 1:17-cr-00131-RJA Document 29-1 Filed 03/09/18 Page 35 of 72

LocalBitcoins ATM (/atm/order-your-own-bitcoin-atm)

Affiliate (/affiliate/)

Block Explorer (https://localbitcoinschain.com)

FOLLOW US

- Facebook (https://www.facebook.com/pages/Localbitcoinscom/266849920086274?notif_t=page_new_likes)
- Twitter (https://twitter.com/LocalBitcoins)
- Instagram (https://www.instagram.com/localbitcoins/)
- Reddit (http://www.reddit.com/r/localbitcoins/)
- IRC (/irc)
- Blog (/blog/)
- Chinese Blog (http://www.weibo.com/localbitcoins/)

# EXHIBIT F

hot new top wiki

Want to join? Log in or sign up in seconds. |

Where a community about your favorite things is waiting for you.

BECOME A REDDITOR and subscribe to one of thousands of

×

search

Please subscribe to this subreddit to remove this message.
Dark market invites can be found in the top sticky post. Thanks!

username

password

remember me reset password Login

1 VENDOR QUESTION **T•chaka Free Market Legit?// Vendor „yourdreams" Legit?** (self.Darknet_Markets)
submitted 24 days ago by RxD3K
**5 comments**

1 VENDOR QUESTION **dutchdrugz** (self.Darknet_Markets)
submitted 24 days ago by safity
**2 comments**

3 VENDOR QUESTION **Any legit shroom vendors?** (self.Darknet_Markets)
submitted 25 days ago by irlpker
**11 comments**

4 VENDOR QUESTION **Anyone ordered from LordOfScore on Dream?** (self.Darknet_Markets)
submitted 25 days ago by YoungDaggerDick420
**14 comments**

3 OPSEC / ANONYMITY **Delivery Address** (self.Darknet_Markets)
submitted 25 days ago by pctsolutions
**10 comments**

3 VENDOR QUESTION **dropboxnl** (self.Darknet_Markets)
submitted 26 days ago by safity
**6 comments**

3 VENDOR QUESTION **Vendors for uk fake id** (self.Darknet_Markets)
submitted 26 days ago by price___
**8 comments**

Submit a new text post

SUBSCRIBE 9,009 DNM Enthusiasts *(9 here now!)*

**Referral Links (Market Invite URLs)**

Links to the largest current darknet markets can be found in the **stickied post**. Thanks.

**About Darknet Markets**

Darknet Markets (DNMs) are underground sites on the Tor network, or the "deep web", devoted to the sale of both illicit and legal items. DNMs are known primarily for drugs,

2 VENDOR AD **Intro Sale! - $5 1g Super Green Crack with FREE SHIPPING!** (self.Darknet_Markets)
submitted 26 days ago by CannabisAgent
**12 comments**

6 VENDOR QUESTION **Has anyone dealt with DRUGHAWK?** (self.Darknet_Markets)
submitted 26 days ago by ChocoBicky
**4 comments**

1 MARKET QUESTION **Need help and have questions** (self.Darknet_Markets)
submitted 26 days ago by fuckilluminati
**1 comment**

1 VENDOR QUESTION **Vendor Question** (self.Darknet_Markets)
submitted 27 days ago by FrostyYoshi
**3 comments**

2 SHIPPING **GOODFELLERS** (self.Darknet_Markets)
submitted 27 days ago by Lacy51
**3 comments**

6 VENDOR QUESTION **Looking for a trusted Xanax vendor** (self.Darknet_Markets)
submitted 28 days ago by sadcaleb
**12 comments**

1 SHIPPING **Time to worry?** (self.Darknet_Markets)
submitted 28 days ago by asggagagag
**4 comments**

1 VENDOR AD **HeinekenExpress the biggest vendorgroup is back for bussines!** (self.Darknet_Markets)
submitted 28 days ago by HeinekenExpress
**1 comment**

2 VENDOR QUESTION **Any feedback from this vendor?** (self.Darknet_Markets)
submitted 1 month ago by tnias13
**3 comments**

1 BITCOINS **is exchange>wallet>wallet>market still viable?** (self.Darknet_Markets)
submitted 1 month ago by skankhunt1000000
**3 comments**

but other item categories exis[...] SUBSCRIBE NOW
all DNMs use Bitcoins as [...] allows for near-instant payments and total anonymity when used properly.

**This subreddit and its moderator(s) are not affiliated with any dark market.** This is a public resource for discussion of DNMs, including vendors and items contained therein. Content on this subreddit may be posted by *anyone* – the moderators here are not responsible for the legal implications of any content posted here.

**"Is My Usual DNM Currently Down?"**

Check various markets' status.

**Other Helpful Subreddits**

/r/Bitcoin and /r/BTC - *The currency of DNMs*

/r/DarknetMarketsNoobs - *Specifically for newbies to dark markets*

/r/Tor - *The special web browser used to access the deep web*

**Send Spare Coins Here** 😎

1**DARKNET**BeeQNu6SLurzdjmXsRrYyL2b34

created by AgoraMarket Moderator
a community for 1 year

MESSAGE THE MODERATORS

MODERATORS

AgoraMarket Moderator
Darknet_Markets Moderator
about moderation team »

This subreddit uses /r/naut!

Subscribe Now

1 Vendor Question **Any body felt with Speedmon?** (self.Darknet_Markets)
submitted 1 month ago by Whereisxanaxking2
comment

1 Market Question **Access BTC on AB and HANSA** (self.Darknet_Markets)
submitted 1 month ago by nboch12
6 comments

4 Opsec / Anonymity **Is it any more risky shipping to a po box in the uk?** (self.Darknet_Markets)
submitted 1 month ago by Jk1292
4 comments

5 Newbie **first time ordering** (self.Darknet_Markets)
submitted 1 month ago by hiddendragon22
21 comments

2 Vendor Review **707collective GSC review** (self.Darknet_Markets)
submitted 1 month ago * by bushytailforever
4 comments

3 Newbie **Newbie Question: New to buying on Darknet and wanted to know what is a PGP key and what am I suppose to do with a vendors PGP Key when I buy something?** (self.Darknet_Markets)
submitted 1 month ago by XDM40Dude
5 comments

4 Shipping **Royal mail fee to pay on direct purchase** (self.Darknet_Markets)
submitted 1 month ago by crack_russell
4 comments

1 Opsec / Anonymity **A few starter questions** (self.Darknet_Markets)
submitted 1 month ago by Rollsafeman
9 comments

view more: ‹ prev | next ›

| about | help | apps & tools | <3 |
|---|---|---|---|
| blog | site rules | Reddit for iPhone | reddit gold |
| about | help center | Reddit for Android | redditgifts |
| advertise | wiki | mobile website | |
| careers | reddiquette | buttons | |

mod guidelines
contact us

Subscribe Now

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

MY SUBREDDITS ▼ POPULAR - ALL - RANDOM - RANDNSFW - USERS | ASKREDDIT - MORE » Want to join? Log in or sign up in seconds. |

# DarkNetMarketsNoobs

HOT NEW TOP WIKI

**Where a community about your favorite things is waiting for you.**

BECOME A REDDITOR

×

79 **Welcome to the noobs sub.Please explore the side-bar for related topics to your inquiry first and foremost. Before posting any question, please be considerate to the helpful users here and use the search function. Be polite and use proper grammar when wording your post. Intelligence is welcome here.**
IMPORTANT
Submitted 1 year ago * by **Seraphim_X** M - announcement
**19 comments** share save hide report

6 **Extensive OpenBazaar guide and Whonix performance tips**
WHONIX
Submitted 19 days ago by wombat2combat - announcement
**1 comment** share save hide report

• How sketchy is it to ship from the United States to the Philippines?
Submitted an hour ago by Mario15932
**2 comments** share save hide report

3 Hypothetical...
Submitted 8 hours ago * by Tinderoniinmybutt
**comment** share save hide report

1 When should i releas escrow?
Submitted 9 hours ago by draganov11
**3 comments** share save hide report

2 Rent a PO Box or order to House?
MAIL
Submitted 13 hours ago by rickyjohn12
**6 comments** share save hide report

Ask a question

username password

remember me reset password **Login**




## DarkNetMarketsNoobs

subscribe 50,850 readers, *55 here*

Your destination to understanding and using the programs, cryptocurrencies, operating systems, and technologies the DarkNetMarkets operate on.

**Read the DNM bible before posting:**

DNM bible

**Read our rules before posting:**

Rules

**Don't get phished!** Here is how to get DNM links

**What does _____ mean?** Check the Darknet Dictionary

Want to join? Log in or sign up in seconds. |

I've been out of the dnms for about a year or so. I've read extensively about the changes but I got a few questions for you fine folks. Simple ones, but I have hella bitcoin in my dnm electrum wallet I really don't wanna lose.

When I start tails, I can't do an auto upgrade. I get an error saying check network connection, restart tails but I've done that about 5 times.

I plan to do a manual update. Will my persistence still be solid even though I've missed so many updates?

3 any way to track someone exact location with IP address

Submitted 1 day ago by elliotbotmiah

**10 comments** share save hide report

0 Overall Help im stupid

LOST BOYS

Submitted 16 hours ago by Pitermajerox

**2 comments** share save hide report

7 Well, I guess all this work was for NOTHING! Fees are way too much.

OKAY

Submitted 1 day ago by lookingforadviceDNMN

**11 comments** share save hide report

Before you say it, coinbase doesn't work for me and many others. I've tried multiple different pictures, methods, contact support, call, e-mail, tried week after week, NOTHING.

ID Verification doesn't work- https://www.reddit.com/r/CoinBase/comments/6amjac/id_verification_fails_over_and_over/

Congrats to all the lucky bastards out there who got it to work. Truly, I envy you.

All I wanted to do was buy some edibles online so I could stop having to drive many

**or hardware?**

Check if it is already answered in the guides linked on the sidebar. If not search Google to see if anyone else found the same issue, and a possible solution.

Still have questions? Post.

Have patience. Learning all this takes time. It is not unusual if new users need several weeks to go through all the guides and follow them. Remember to take no shortcuts, your risk your future with every single order you make.

## Our Mother Subreddit:

/r/DarkNetMarkets

DNM Vendor bible

## Related Subreddits:

- /r/Tails
- /r/GnuPG
- /r/Tor
- /r/GPGpractice
- /r/i2p
- /r/Privacy
- /r/EmailPrivacy
- /r/netsec

It is strongly recommended to not mention DarknetMarkets or other illegal activities when contributing on these subs.

**Online Privacy link collection**

Public PGP-Keys of all Moderators

**Disclaimer:** This subreddit and its moderators is not an endorsement of what happens on the deepweb and darknetmarkets, nor does it encourage it's viewers and users to participate in illegal activities.

and only have to pay a reasonable amount extra then you would on the street.

But alas, Bitcoin fees are crazy and to get enough bitcoin to pay for 400mg gummies I have to spend at least $60. That's $65 for 400mg gummies that I normally pay $18 for. Screw that shit!

3 Vendor wont accept my order?

Submitted 1 day ago by draganov11

**1 comment** share save hide report

0 help!!! im a NOOB ive installed tails on 2nd usb and got my persistence shit done and all the things like electrum. but....

TAILS

Submitted 22 hours ago by LMFAOFBI

**1 comment** share save hide report

3 Setting up Monero on TAILS, I'm stuck and I would really appreciate your help.

TAILS

Submitted 1 day ago by ps2USBadapt

**3 comments** share save hide report

0 Bitcoin stuck in blockchain?

BITCOIN

Submitted 1 day ago by Raidermike128

**1 comment** share save hide report

6 How do I DD via email?

EMAIL

Submitted 1 day ago by ANALseepageXD

**13 comments** share save hide report

1 Confused about purchasing bitcoins and encrypting messages

LOST BOYS

Submitted 1 day ago by dm_me_ur_depression

**5 comments** share save hide report




MESSAGE THE MODERATORS

MODERATORS

Theeconomist1
wombat2combat
al_eberia
EternalTurmoil
CookyDough

about moderation team »

Want to join? Log in or sign up in seconds. |

Submitted 2 days ago by Ultan
7 comments share save hide report

2 Localbitcoins Wants a Name
BITCOIN
Submitted 2 days ago by msc99
3 comments share save hide report

3 how to fix monero node connection on tails (did a mistake)
TAILS
Submitted 2 days ago * by NorwoodCemetery
5 comments share save hide report

7 Coinbase delaying LTC transfer by 72 hours
BITCOIN
Submitted 2 days ago by kirarakirara
4 comments share save hide report

1 Electrum Issues
TAILS
Submitted 2 days ago by rtk47irtf8
1 comment share save hide report

1 reCaptcha LocalBitCoins
BITCOIN
Submitted 2 days ago by msc99
comment share save hide report

1 Can i transfer monero to a dnm?
MONERO
Submitted 2 days ago by bobbypimp
5 comments share save hide report

2 Is changelly safe to monero from?
MONERO
Submitted 2 days ago * by isaacvanderbeek
5 comments share save hide report

1 How do you guys launder your money to fiat and ultimately to your bank accounts?
BITCOIN
Submitted 2 days ago by 20GdITO6

Want to join? Log in or sign up in seconds. |

Submitted 2 days ago by OffTheXanz

**1 comment** share save hide report

2 Setup own remote Monero node with maximum security / anonymity

MONERO

Submitted 2 days ago by skski11

**3 comments** share save hide report

View more: **next ›**

about

blog
about
advertise
careers

help

site rules
help center
wiki
reddiquette
mod guidelines
contact us

apps & tools

Reddit for iPhone
Reddit for Android
mobile website
buttons

<3

**reddit gold**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

# EXHIBIT G



# How I bought drugs from 'dark net' - it's just like Amazon run by cartels

Last week the FBI arrested Dread Pirate Roberts, founder of Silk Road, a site on the 'dark net' where visitors could buy drugs at the click of a mouse. Though Dread - aka Ross Ulbricht - earned millions, was he really driven by America's anti-state libertarian philosophy?

**Carole Cadwalladr**

Sat 5 Oct '13 19.06 EDT

Dear FBI agents, my name is Carole Cadwalladr and in February this year I was asked to investigate the so-called "dark net" for a feature in this newspaper. I downloaded Tor on to my computer, the anonymous browser developed by the US navy, Googled "Silk Road drugs" and then cut and pasted this link http://silkroadvb5piz3r.onion/ into the address field.

And bingo! There it was: Silk Road, the site, which until the FBI closed it down on Thursday and arrested a 29-year-old American in San Francisco, was the web's most notorious marketplace.

The "dark net" or the "deep web", the hidden part of the internet invisible to Google, might sound like a murky, inaccessible underworld but the reality is that it's right there, a click away, at the end of your mouse. It took me about 10 minutes of Googling and downloading to find and access the

site on that February morning, and yet arriving at the home page of Silk Road was like stumbling into a parallel universe, a universe where eBay had been taken over by international drug cartels and Amazon offers a choice of books, DVDS and hallucinogens.

Drugs are just another market, and on Silk Road it was a market laid bare, differentiated by price, quality, point of origin, supposed effects and lavish user reviews. There were categories for "cannabis", "dissociatives", "ecstasy", "opioids", "prescription", "psychedelics", "stimulants" and, my favourite, "precursors". (If you've watched *Breaking Bad*, you'll know that's the stuff you need to make certain drugs and which Walt has to hold up trains and rob factories to find. Or, had he known about Silk Road, clicked a link on his browser.)

And, just like eBay, there were star ratings for sellers, detailed feedback, customer service assurances, an escrow system and a busy forum in which users posted helpful tips. I looked on the UK cannabis forum, which had 30,000 postings, and a vendor called JesusOfRave was recommended. He had 100% feedback, promised "stealth" packaging and boasted excellent customer reviews: "The level of customer care you go to often makes me forget that this is an illegal drug market," said one.

JesusOfRave boasted on his profile: "Working with UK distributors, importers and producers to source quality, we run a tight ship and aim to get your order out same or next day. This tight ship also refers to our attitude to your and our privacy. We have been doing this for a long time ... been playing with encryption since 0BC and rebelling against the State for just as long."

And so, federal agents, though I'm sure you know this already, not least because the *Guardian* revealed on Friday that the National Security Agency (NSA) and GCHQ have successfully cracked Tor on occasion, I ordered "1g of Manali Charras [cannabis] (free UK delivery)", costing 1.16 bitcoins (the cryptocurrency then worth around £15). I used a false name with my own address, and two days later an envelope arrived at my door with an address in Bethnal Green Road, east London, on the return label and a small vacuum-packed package inside: a small lump of dope.

It's still sitting in its original envelope in the drawer of my desk. I got a bit stumped with my dark net story, put it on hold and became more interested in the wonderful world of cryptocurrencies as the value of bitcoins soared over the next few months (the 1.5 bitcoins I'd bought for £20 were worth £300 at one point this spring).

Just under a month ago I was intrigued to see that *Forbes* magazine had managed to get an interview with "Dread Pirate Roberts", the site's administrator. And then, last week, came the news that Dread Pirate Roberts was 29-year-old Ross Ulbricht, a University of Texas physics graduate who, according to the FBI's documents, had not just run the site - which it alleges earned him $80m in commission - but had hired a contract killer for $80,000 to rub out an employee who had tried to blackmail him.

If that sounds far-fetched, papers filed last Thursday show that he tried to take a contract on a second person. The documents showed that the FBI had access to Silk Road's servers from July, and that the contract killer Ulbricht had thought he'd hired was a federal agent. It's an astonishing, preposterous end to what was an astonishing, preposterous site, though the papers show that while the crime might have been hi-tech, cracking it was a matter of old-fashioned, painstaking detective work.

Except, of course, that it's not the end of it. There are two other similar websites already up and running - Sheep and Black Market Reloaded - which have both seen a dramatic uplift in users in the last few days, and others will surely follow. Because what Silk Road did for drugs was what eBay did for secondhand goods, and Airbnb has done for accommodation: it created a viable trust system that benefited both buyers and sellers.

Nicholas Christin, a professor at Carnegie Mellon University in Pittsburgh, Pennsylvania, who conducted six months of research into the site, said that what surprised him most was how "normal" it was. "To me, the most surprising thing was how normal, when you set aside the goods being sold, the whole market appears to be," he said. And, while many people would be alarmed at the prospect of their teenagers buying drugs online, Silk Road was a whole lot more professional, regulated and controlled than buying drugs offline.

What's apparent from Dread Pirate Roberts's interview with *Forbes* and comments he made on the site's forum is that the motivation behind the site does not seem to have been making money (though clearly it did: an estimated $1.2bn), or a belief that drugs hold the key to some sort of mystical self-fulfillment, but that the state has no right to interfere in the lives of individuals. One of the details that enabled the FBI to track Ulbricht was the fact that he "favourited" several clips from the Ludwig von Mises Institute, a libertarian Alabama-based thinktank devoted to furthering what is known as the Austrian school of economics. Years later, Dread Pirate Roberts would cite the same theory on Silk Road's forum.

"What we're doing isn't about scoring drugs or 'sticking it to the man'," said Dread Pirate Roberts in the *Forbes* interview. "It's about standing up for our rights as human beings and refusing to submit when we've done no wrong."

And it's this that is possibly the most interesting aspect of the story. Because, while Edward Snowden's and the *Guardian*'s revelations about the NSA have shown how all-encompassing the state's surveillance has become, a counterculture movement of digital activists espousing the importance of freedom, individualism and the right to a private life beyond the state's control is also rapidly gaining traction.

It's the philosophy behind innovations as diverse as the 3D printed gun and sites as mainstream as PayPal, and its proponents are young, computer-savvy idealists with the digital skills to invent new ways of circumventing the encroaching power of the state.

Ulbricht certainly doesn't seem to have been living the life you imagine of a criminal overlord. He lived in a shared apartment. If he had millions stashed away somewhere, he certainly doesn't seem to have been spending it on high-performance cars and penthouses.

His LinkedIn page, while possibly not the best arena for self-expression for a man being hunted by the FBI, demonstrates that his beliefs are grounded in libertarian ideology: "I want to use economic theory as a means to abolish the use of coercion and aggression amongst mankind," he wrote. "The most widespread and systemic use of force is amongst institutions and governments ... the best way to change a government is to change the minds of the governed ... to that end, I am creating an economic simulation to give people a firsthand experience of what it would be like to live in a world without the systemic use of force."

Silk Road, it turns out, might have been that world. Anybody who has seen *All the President's Men* knows that, when it comes to criminality, the answer has always been to "follow the money". But

in the age of bitcoin, that's of a different order of difficulty. Silk Road is just one website; bitcoin is potentially the foundation for a whole new economic order.

## Since you're here ...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information. *Thomasine F-R.*
If everyone who reads our reporting, who likes it, helps fund it, our future would be much more secure. **For as little as $1, you can support the Guardian - and it only takes a minute. Thank you.**

Support the Guardian

Topics

- Drugs
- The Observer
- Drugs trade
- Silk Road
- Darknet
- features

# EXHIBIT H

# What I've Learned as an Internet Drug Dealer

**"Being a vendor online is just like owning or managing a business—the only difference being that the government decided that what we do is illegal."**

Many fans of Bitcoin would like to distance the technology from the reputation it has gained as the **currency of choice** for drug dealers and criminals on the internet. But to ignore the cryptocurrency's use in illicit markets is to miss a vital part of what has made it successful. Food trucks and floundering satellite television companies accepting digital cash is nice, but if you want to see where the real action is in this new economy, you need to enter the deep web.

So one afternoon, I downloaded the **Tor Browser**, checked out **/r/darknetmarkets** for site recommendations, found one I liked, and took the dive.

Of course, I had heard about these sites for a long time, but it was still shocking to see what was on offer on my computer screen: row after row of listings for heroin, meth, MDMA, weed, coke, and any other drug you could want. It was Amazon for drugs, all priced in Bitcoin, all available for convenient vacuum sealed delivery to the mailing address of your choice.

Much like other e-commerce sites, every vendor on the site had a username and rating to help customers know which of these strangers selling potent narcotics over the internet had a track record of trustworthiness. One name in particular stood out, a vendor who had hundreds of completed sales with a nearly flawless feedback rating.

I sent a simple message identifying myself as a journalist and asking if he or she would be interested in an interview. To my surprise, a quick response appeared in my inbox: he or she would be happy to chat. The only stipulations were that we use PGP encrypted messaging and that I did not include his or her actual username in my article. The dealer chose the handle "RainDuck" for our interview.

Over the next week we exchanged messages about being a vendor on the dark web site **Evolution**, integrity on the black market, what it's like to run a business that's dependent on the Bitcoin network, and the war on drugs—at a time when that war

is shifting to the web.

It's not easy to estimate the amount of drugs sold online, but **estimates by the United Nations** and others say the market is multiplying in size. To stop the internet trade, the UN says that postal inspectors, customs agents, and "other agencies" are "vital to ensure that points in the supply chain could be more effectively cut off and make it more difficult for buyers to obtain products."

A number of questions to RainDuck went nowhere: when I asked for RainDuck's age, he apologized. "I'm sorry but I can't give even an approximate answer to that question. I'm old enough that I can do this safely, but not old enough to die of natural causes. That's the best answer I can give, somewhere between 25 and 90."

**Motherboard: Why did you become a vendor?**

**RainDuck:** I became a vendor after quite a bit of experience starting as a buyer. When I discovered the darknet markets, I saw an opportunity to avoid the shadyness that comes with buying drugs from a friend of a friend of that one guy that I met at a bar. I could buy drugs from someone after reading dozens of reviews on their service and product, and feel confident that I was getting what I was paying for.

Unfortunately vendors online can rip people off just as drug dealers in person can. There is a degree of safety, but some vendors follow a pattern of providing legitimate service for a short period of time before ripping a bunch of people off and running away with the money.

I saw an opportunity to provide a legitimate service to my customers. I became a vendor and made it a point to prove that I am honest and trustworthy. I made a name for myself and became known as the type of person who you could trust. I've had many opportunities to rip people off without repercussions, but I've never once scammed someone. Reputation is everything on the darknet markets, and establishing myself as a trustworthy individual has been far more profitable for me than being a con artist. To summarize, I saw an opportunity to provide a degree of service that is uncommon in the world of drugs, and decided to fill that void.

**Were you involved in this industry before your current account? And if so, how**

**long have you been in the business?**

I have indeed been involved prior to my current account. Unfortunately I can't go into specifics. Staying anonymous is the most important factor to any vendor who values his/her freedom, and being in the spotlight is not always a good thing. When someone has too much attention drawn to them it's sometimes best to step back and lay low for awhile, and that applies to the internet just as much as to drug dealers in real life.

**You are currently using a centralized marketplace. What are your thoughts on decentralized marketplaces (i.e. the Dark Market project) and what they mean for the future of online commerce?**

Good question. To those who don't know, centralized marketplaces hold all of the money for you. Tens of thousands of buyers and vendors will trust the marketplace to hold their money in escrow, and they release the funds from the buyer to the seller when both users confirm that the transaction has been complete.

The downside to this model is that the amount of money the marketplaces hold at a time can reach hundreds of millions of dollars, and it's held by someone who has the opportunity to run away with the money at any time. In the last year there have been several marketplaces that have run away with a total of well over a billion dollars. Many people's lives have been ruined by money loss, and the community as a whole is very distrustful of this business model after several recent scams.






Blue Sky and Evolution are two of the dark web's larger black markets

*In the long run, I believe that we will move almost entirely to using decentralized markets.*

Decentralized marketplaces limit their own power, and rather than keeping the money in their own account, they essentially hold "keys" to the accounts that the money is held in. Two people must use their keys in order to unlock the funds from

escrow, whether those two people are the buyer and vendor, or the buyer and the marketplace, or the vendor and the marketplace. This allows the marketplace the ability to resolve issues without giving them the freedom to run off with large sums of money.

The downside to this model is that from a technical side it can be very hard to use. So far most of the decentralized marketplaces require some degree of programming knowledge, or external software, or otherwise are too complicated for the average user. For that reason most of the decentralized marketplaces attract less traffic. In the long run, I believe that we will move almost entirely to using decentralized markets, but it may be another year or two before the sites are streamlined to allow both the buyers and the vendors to use this kind of marketplace easily.

**What is your average revenue and profit in a month?**

Unfortunately that's not a question I feel comfortable answering. I can say that there is a very large amount of money that can be made in this industry,and I make more than enough.

*Being a vendor online is just like owning or managing a business—the only difference being that the government decided that what we do is illegal.*

**Did you have prior business experience before coming to this industry?**

I did. Most people don't consider selling drugs to be a business, but the successful vendors treat it just like any other business. It's important to have good time management skills, accounting skills, as well as customer service skills. Being a vendor online is just like owning or managing a business—the only difference being that the government decided that what we do is illegal.

**What do you think is the biggest misconception about dark net markets?**

I think there are two equally large but opposing misconceptions. Some people believe that using darknet markets as a buyer is extremely dangerous and they don't

feel comfortable doing so because they think if a few grams of weed is sent to them that they will undoubtedly go to jail. Others are too confident in the safety of the markets, and they will openly talk about sensitive information that could easily lead to their arrest.

The reality is somewhere in the middle. For security reasons most marketplaces require buyers to encrypt their addresses using special software that only allows a specific person to read it. However there are a shocking number of people who don't encrypt sensitive info and openly admit online to crimes that could easily lead to their arrest if the information were in the wrong hands.

At the same time, law enforcement for the most part is after the large-scale buyers and vendors who are moving large amounts of product. Although if given the opportunity they may try to arrest someone buying a small amount of weed, the truth is that the level of caution needed for someone interested in buying a quarter ounce of weed is completely different than the amount of paranoia and protection needed for someone buying thousands of dollars of product on a regular basis.

Use common sense and protect yourself, but realize that there are a plethora of people who use these sites on a regular basis, and 99.99% of the people who do so will never encounter any problems doing so. The system is designed to be relatively safe for the buyers, and in most cases you're more likely to go to jail for buying drugs in real life than online.

*I just want to make sure that they know what's in it, rather than buying cocaine from some random guy that turns out to be laundry detergent.*

**Do you have any qualms about the fact that you may be supporting the problems of drug addicts?**

Initially yes, though after becoming more involved in this community I look at things differently. Even among the "hard drugs" such as meth and heroin, many of the people who do it are not bad people, and not all of them are addicted. Most people only see the stereotypes. The truth is that while there are people who have used drugs and became addicted to them and had their lives ruined, a surprising number of the people who use drugs regularly you would never know. I regularly get

messages from people who confide in me that although they are a successful businessperson, there's not a single person who knows about their drug use because it's not socially acceptable.

Prohibition has never worked. It didn't work with alcohol and it doesn't work with drugs. People should make their own choices. I'm not here to judge people for what they do, I just want to make sure that if they make that choice, they get it safely, at a fair price, and that they know what's in it rather than buying cocaine from some random guy that turns out to be laundry detergent. There's no doubt that drugs can be dangerous, but sometimes the lengths that people are forced to go through to get their drugs are more dangerous than the drugs themselves.

**Do you use your own products?**

I do occasionally, though I don't use all of the drugs that I sell. I don't mix business with pleasure, and I don't have the time to do so often even if I wanted to. My use of my products is mainly limited to testing them and making sure they are safe before sending them off to my customers.

**Drug legalization is slowly gaining traction among policy experts. Do you think, twenty years from now, this industry won't be relegated to the lesser traveled corners of the internet?**

Yes and no. There is increasing pressure to legalize drugs, but unfortunately most of that focus is strictly on marijuana, and that's at the state level more than the federal level. It's impossible to say what will happen 20 years from now, but there are too many people who profit off of the fact that drugs are illegal. Prisons, police officers, tobacco companies, and alcohol companies all would lose an unbelievable amount of funding if drugs were legalized

It's sad to think that the majority of people in jail right now are there for possession or sale of small amounts of drugs, but unfortunately it's a cat and mouse game that take an insane amount of money from taxpayers and puts it in the pockets of the corporations that stand to benefit from the way the laws are structured now.

Only time will tell what will happen, but I doubt that 5, or 10, or even 20 years from

now people will be openly doing cocaine, meth, shrooms, heroin, or acid, though I do think that weed has a much larger chance of being completely legalized due to the fact that it's more socially acceptable.

**You say that there are "too many people who profit off of the fact that drugs are illegal" for anyone to expect widespread legalization anytime soon. Do you think that's the central motivation for the "War on Drugs"? Or is it more about protecting the public?**

I think that point of view is very accurate. A lot of people seem to look at it as a conspiracy, but I don't necessarily think that's the case. Rather, it's the people who profit off prohibition who spend very large sums of money to lobby politicians in Washington. It would be naive to think that's not the case. Polls shows that the public is largely in favor of legalization (of certain drugs at least) and yet no one at the political level seems to be in any rush to make things happen.

At the very least, drug use should be legalized. If they want to keep throwing us dealers in jail that's one thing, but the fact that 98% of drug related arrests involve simple possession is ridiculous, and it's not okay that millions of people's lives are being ruined when most of them simply were caught in the wrong place at the wrong time, and for doing something that would be completely okay if they lived in certain states (Such as California and Colorado).

This answer refers mainly to marijuana of course, but again the point remains. There are almost as many people who smoke marijuana as there are who drink alcohol, and weed kills significantly less people. If we are still putting people in jail for possession of a much safer substance than alcohol, I wouldn't count on heroin being legalized anytime soon.

**You have to worry about law enforcement in your business. Have there been any close calls?**

I can say that if I had what I would consider to be a close call I would get out of the business completely, but that doesn't mean I feel completely safe either. In this business it's always better to be too paranoid than not paranoid enough.

Knowing that I'm helping to safely provide medication for someone who otherwise wouldn't have the ability to get it is more rewarding than anything else. That said, the money isn't bad either.

**How do you deal with, what I would imagine to be, the constant stress from this paranoia?**

Unfortunately I haven't figured that part out yet. My business keeps me busy most of the time, and unlike traditional jobs I don't get vacation days or time off. I'm too busy to focus on the constant stress I endure, and although that may sound pessimistic to some degree, I'm overall very happy with my life. I love what I do and knowing I'm providing a service that not many people can offer.

Mainly it's the people who purchase drugs not recreationally but for medicinal purposes that makes it all worth it. I regularly have people confide in me that my products are the only thing that has relieved their pain, and many of my customers are old enough that they don't have the ability to buy from a friend of a friend. Knowing that I'm helping to safely provide medication for someone who otherwise wouldn't have the ability to get it is more rewarding than anything else. That said, the money isn't bad either.

**Would you consider vending online to be a safer option than vending in person?**
For the vendors, dealing in person would be safer. For the buyers, the reverse is true. Law enforcement mainly targets the vendors, and most buyers have nothing to worry about unless they are ordering very large amounts of product. There have been reports of buyers being questioned after failing to take the proper steps to protect themselves, but buying online is generally much safer than buying in person for most circumstances.

For a vendor, all it takes is one message that is accidently left unencrypted, one fingerprint left on the inside of a package, or one strand of hair.

**If dealing in person is safer, then why do you choose to vend online?**

Overall dealing in person is safer, but it depends what you are selling, who you are

selling to, and how much. If you know what you're doing, vending online has the potential to be safer than dealing in person, but the risk lies not in what you are doing, but the mistakes you make. For a vendor, all it takes is one message that is accidently left unencrypted, one fingerprint left on the inside of a package, or one strand of hair that could potentially lead to their arrest if in the wrong hands.

A vendor that knows what they are doing can be perfectly safe, but unfortunately there's no college course for being an internet drug dealer. The only way to learn is to try it, but unfortunately this is one industry where making mistakes while learning is not okay. Essentially I choose to vend online because I feel I have the knowledge and ability to do so safely. For the majority of people who take the same path however, they are playing Russian roulette and they will either make very little money, quit shortly after, or law enforcement will just wait for them to make a mistake.

**Do you run a solo operation or are there employees?**

Sorry but I can't answer that.

*When business is good bitcoin volatility isn't an issue, but when business is slow, a drop in the value of bitcoin can be the difference between making a profit and breaking even or even losing money.*

**How does Bitcoin's volatility affect your business?**

When business is good bitcoin volatility isn't an issue, but when business is slow, a drop in the value of bitcoin can be the difference between making a profit and breaking even or even losing money.

Bitcoin can definitely play a huge role in the amount of income vendors make, especially for newer vendors. Vendors that have not earned trust in the community are almost always required by the marketplaces to use their escrow system. On average it can take about a week between the time the package is sent and the time the money is released from escrow, but in some cases if there are problems with an order it can take 3 weeks or more.

In addition, the vendors have to find a way to safely and anonymously convert bitcoin into actual currency, which can take even longer. Considering that bitcoin can stay around the same rate for weeks and then suddenly increase or decrease by hundreds of dollars in a matter of days, newer vendors may find themselves gambling with their profits.

Many vendors who are more established can get away with requiring the funds to be released from escrow before sending packages. Even then it can be several days from the point the order is placed to where the vendor has the money physically in their possession, but it tends to average out over time. If a vendor does a lot of business consistently over time, they can accept short term losses from drops in bitcoin, knowing that at some point they will make more money if bitcoin goes up in the future.

**How do you cash out your bitcoins?**

Again, answering that question would be a security violation. I take very great lengths to make sure that I cash out my bitcoins safely, but elaborating on exactly what I do is not something I'm willing to share.

*There are plenty of people who purchase from the darknet markets and resell the product wholesale, taking advantage of the cheap prices of Chinese-made drugs specifically.*

**Among people in the "real world" of drug dealing, is Bitcoin gaining a name for itself?**

Not at all. The majority of "real world" drug dealers have no idea what Bitcoin is or even that this community exists. Of those who do, they certainly won't share that information with others. There is a huge opportunity for drug dealers to make a very large amount of money reselling the right products, but no one wants anyone else to know that. There are plenty of people who purchase from the darknet markets and resell the product wholesale, taking advantage of the cheap prices of Chinese-made drugs specifically, but it's a very small percentage of dealers who do

so.

**Darkmarket sellers were some of the first in the world to rely heavily on the Bitcoin network for their trade. Considering this wealth of experience, do you think Bitcoin has a legitimate chance at becoming a widely used method of payment for transactions beyond the black market? Or do you think of it as mainly useful for what you do today and nothing else?**

I think Bitcoin has the potential to become a widely used method of payment in general. Unfortunately until recently it's been very unstable, and few legitimate businesses want to take the chance of accepting a payment method that may be worth 20 percent less a few days from now. Most businesses that accept bitcoin are owned by people who believe in the long-term potential of bitcoin, but currently the number of businesses who do so are few and far between. That said, there are a small number of very large businesses who have recently stated their intentions to accept bitcoin, and I believe that will encourage other smaller businesses to do the same.

Right now the bitcoin community is divided mainly among those who use it as an investment and those who use it for illicit purposes. Fortunately it seems that recently there are efforts by bitcoin investors to use it for more legitimate purposes, and we are seeing an exponential number of businesses offering services such as hotel rooms and flight, as well as retailers offering electronics, furniture, and other commodities. It's too early to tell exactly how this will play out, but there are enough people who believe strongly in the long term future of bitcoin that I truly believe we will see much more widespread use of it for legitimate purposes. Bitcoin certainly isn't going away anytime soon.

**Do you plan on being in this business for a long time?**

I do. I've done quite a bit in my life, but nothing has been as satisfying as being a

vendor. It's stressful, dangerous, and time consuming, but the rewards are great.

# EXHIBIT I

ADVERTISEMENT

MORE FROM **STUFF**


**A Forgotten 1897 Novel About Smoking Keef Has Been Republished**


**Living Alone Is Awesome, Even with My Disability**


**People Tell Us the Worst Things They've Ever Done While Drunk on a Plane**


**'Gone Virtual,' Toda Comic by Julian Gl**

# Why Is Legally Grown Pot Getting Sold on the Black Market?

## We talked to internet pot dealers about the allure of the dark web and the problems with cannabis regulation in the emerging weed economy.

SHARE TWEET

Bill Kilby

Jan 9 2015, 12:00am

28 Grams Chocolope Kush Sativa Top Shelf Medical Marijuana NO FE – Tor Browser

Edit View History Bookmarks Tools Help

28 Grams Chocolope... ×

agorahooawayyfoe.onion/p/CiviYisq73

earch

annabis
Concentrates (400+)
Edibles (100+)
Hash (400+)
Seeds (100+)
Shake/trim (9)
Synthetics (200+)
Weed (1800+)

ainmenu:
ounterfeits (700+)
ata (700+)
rug paraphernalia (00+)
rugs (12900+)
lectronics (100+)
orgeries (300+)
formation (2000+)
ewelry (100+)
ervices (700+)
obacco (200+)
Veapons (100+)
ther (400+)

### 28 Grams Chocolope Kush Sativa Top Shelf Medical Marijuana NO FE

0.65916101 BTC
28 Grams of StrattonOakmont's Top Shelf Washington Medical Marijuana

Strain: Chocolope Kush
Type: Sativa

Very nice top shelf indoor bud, quality medical 20%+ thc. Nug sizes are generally medium and extremely frosty, has a strong pleasant fruity smell.
Price reflects quality - Higher resolution photos below.



Higher Resolution Photos

https://cdn.mediacru.sh/GU_St5HN7gu4.jpg
https://cdn.mediacru.sh/RjAHxHl4zDgR.jpg
https://cdn.mediacru.sh/rdE5W92WC9Oh.jpg
https://cdn.mediacru.sh/744wno4HINHC.jpg

Shipping

USA Domestic Only

Shipping is an additional charge for the first order, all additional items are eligible for free shipping as they will be mailed in one package.
Priority Mail (2-3 business days): $8.00
Combined Shipping (2+ items only): $0.00



Search

Cannabis
Concentrates (400+)
Edibles (100+)
Hash (400+)
Seeds (100+)
Shake/trim (9)
Synthetics (200+)
Weed (1800+)

Main menu:
Counterfeits (700+)
Data (700+)
Drug paraphernalia (200+)
Drugs (12900+)
Electronics (100+)
Forgeries (300+)
Information (2000+)
Jewelry (100+)
Services (700+)
Tobacco (200+)
Weapons (100+)
Other (400+)

**28 Grams Chocolope Kush Sativa Top Shelf Medical Marijuana NO FE**

0.65916101 BTC
28 Grams of StrattonOakmont's Top Shelf Washington Medical Marijuana

Strain: Chocolope Kush
Type: Sativa

Very nice top shelf indoor bud, quality medical 20%+ thc. Nug sizes are generally medium and extremely frosty, has a strong pleasant fruity smell.
Price reflects quality - Higher resolution photos below.

Higher Resolution Photos

https://cdn.mediacru.sh/GU_StSHN7gu4.jpg
https://cdn.mediacru.sh/RjAHxHl4zDgR.jpg
https://cdn.mediacru.sh/rdE5W92WC9Oh.jpg
https://cdn.mediacru.sh/744wmo4HINHC.jpg

Shipping

USA Domestic Only

Shipping is an additional charge for the first order, all additional items are eligible for free shipping as they will be mailed in one package.
Priority Mail (2-3 business days): $8.00
Combined Shipping (2+ items only): $0.00

Photo by the author

It's safe to say that America is **shifting its attitude** toward marijuana use. Ballot measures to legalize cannabis were passed by voters last year in Alaska, Oregon, and DC, legalization initiatives are underway in additional states, and **over half of the country approved of legalization in recent polls**. At the same time, cannabis vendors continue to expand their presence on "dark net" online marketplaces where buyers and sellers alike are anonymous so long as they take the correct technical precautions like installing specialized software, using encryption, and learning to discern phishing attempts.

For those wishing to use pot outside of states that permit the stuff medicinally or recreationally, the anonymous markets of the deep web are effectively serving as an internet marijuana dispensary that ships nationwide—on these places you can find color photographs, florid descriptions detailing the properties of available strains, and many of the same value-added products, like edibles and lotions, available in the most aboveboard of West Coast dispensaries.

In fact, many of these sellers market their goods as "medical marijuana," with some listings claiming that their crop comes from farms growing cannabis for legal dispensaries. Given that diversion of cannabis products across state lines is still banned, is there any truth to this marketing, and if so, why are legitimate medical marijuana enterprises choosing to double-dip and sell their product on both the white and black markets? Don't they have enough business in-state to avoid potentially jeopardizing the legality of their operations?

To find out, I perused these markets myself and reached out to dark net cannabis vendors to hear their take on the cannabis industry and legalization. I had these conversations in October, during the lead-up to the **FBI's highly publicized November 6 bust of Silk Road 2 and several other markets**. I corresponded with four vendors: EverGreenTea, who has been selling since the days of the original Silk Road with thousands of completed orders and is based in California; BestNThaWest, a long-time participant in the medical marijuana

PacificNorthWest; a cautious but opinionated seller who would not confirm their exact location.

**VICE: Do you grow cannabis yourself, or sell on behalf of other growers?**
**EverGreenTea (EGT):** I source from growers and producers... I was involved before this like so many others, trying not to get busted for having less than 100 plants in the backyard/garage. I can say that in the past growing or selling medical cannabis has never been a sustainable thing. I took a loss; spent money on supplies, electricity; time spent going to patients who lowball you or people who try to rip you off, the local cities and counties not authorizing your business. But with the dark net I'm actually able to run a sustainable business.

ADVERTISEMENT

**BestNThaWest (BNTW):** Both. I grow myself and work with local growers that have supply issues as well. I have been growing for the MMJ [medical marijuana] sector for roughly a decade.

**GotDank (GD):** I used to grow, but I no longer do so. Growing is like having a small child. It's really a full-time job with strings attached. Being in the industry, I've made a lot of contacts with larger co-ops that supply higher volumes of medicinal cannabis. I got rid of my own product... enabling me to ditch the growing pains and move into higher volume distribution. I do not think I could do both, or at least not without bringing more people into the business and spreading out job duties. I could make a lot more money that way, but the risk and labor needed to do that is not really worth it to me.

**Since the growers you work with have the opportunity to legally grow and sell cannabis, do you know why they choose to sell via a dark net vendor? Is it because they've found limited local opportunities to sell legally?**
**EGT:** Yes, there are growers who cannot get the price they want in dispensaries or do not have the relationship there already. If you are a grower, you can walk into a dispensary and they will either turn you away or lowball you. Seems like the cities and counties allowing you to have a store suddenly gives you more control of the market. People will walk into your business and you can lowball them, then charge customers even more, but then again it's business and the cities and counties have artificially affected the market by not allowing such businesses, and so people are either lucky to be one of the few [who are] licensed, or [dispensary operators] simply open a store without a permit.

ADVERTISEMENT

**GD:** The competition is really high in the California medicinal dispensary market, and you are always dealing with someone who is trying to maximize their profits for their business, so they are always looking to lowball you on top of the already competitive environment that have made prices drop over 200 percent in the past few years. Pounds used to sell for $4,000 to $5,000 to a dispensary until

probably cannot move anything that falls below those two categories for above your cost.

**PacificNorthwest (PNW):** I became interested in vending here as soon as I saw the dark markets since I knew many growers were unable to afford their electricity and other growing expenses due to falling prices. Prices have fallen in many areas due to oversupply. The harsh economy is not helping either. So now to make a living you need to get big or export out of the flooded areas. Legalization will most likely make that situation worse. So it is a good thing for buyers and middlemen and corporate farmers.

**Do you have any interest in starting a legal canna-business should the opportunity arise?**
**EGT:** I would be happy to become "licensed" to run a cannabis business in California... For 18 years there's never been such a thing at the state level, only tolerance of **"nonprofit patient collectives"** which somehow also means for-profit dispensaries, growers, and producers of cannabis products. Now we are beginning to see the more commercial products, but without true legal recognition. It seems like the large companies may either set up as a "nonprofit" or have two companies, one for profit and the other one as the "nonprofit collective."

ADVERTISEMENT

I think back a few years ago, the law was more unclear. Everyone thought it was funny that all the perfectly healthy young people growing cannabis were medical cannabis patients. You were supposed to wait until someone had cancer, and then they could grow on their own and wait five months to harvest or have a "caregiver" grow for them. Or just go to the dispensaries which carried your medicine already, but how did they get it? The California laws were meant to let you get away with breaking federal law, as long as you didn't break it too much, but, again, it's kind of a catch-22 problem—always a question of a person wanting to do enough business to make it worth their time to even do it, and not getting busted.

**BNTW:** Do I plan to still vend via the dark net if it is legalized? Most likely for some time, especially during the early transition. "Legalization" and a true free market are very different things, and the dark net offers a much freer market than a state-controlled and -regulated industry ever could. In many places you have to put up an enormous amount of cash up front to even apply for a license, and then face extremely heavy taxation on any profits. This alone will make the dark net continue to be a viable alternative.

**PNW:** We have not tried to sell weed within any legal process to do so, we don't know if that would be profitable on the small scale we operate on. If I was king, I would make sure the laws encouraged the smaller independents like

thing to me... I just see a great loss of culture ahead if things go the way they usually do and farmers end up unable to make a living without growing so big they lose touch with the love and the art. It will probably be good for migrant laborers, at least. I expect taxes and paperwork to help keep the price up at the retail level (partly by making the biz somewhat miserable for the producers). If they make it really harsh, that will keep a strong black market going.

ADVERTISEMENT

**GD:** I've pondered getting into the industry, but with the trials I have seen people face, it gives me extreme caution. I know many business owners who have operated legally under state law who are now serving jail time because the feds decided to bring the hammer down. I've seen entire families split apart, massive debts incurred due to legal costs and fines, civil forfeitures, etc. I feel much safer knowing that there is no brick and mortar store linking me or my identity to my sales.

***

A close look at state of cannabis regulation across several states backs up these vendors' assertions. California legalized medical marijuana in 1996 but has since **failed** to enact regulation which would license medical cannabis growers or define parameters for legal cannabis enterprises. This has created an ambiguous legal environment where medical cannabis users are decriminalized but growers themselves have no official guidelines except for limits legislated at local levels, allowing counties and cities to pick the cannabis vendors they allow to operate, and routinely leaving growers without any way to prove they are raising plants for the "legal" medical industry.

Recreational markets pose problems for growers as well. In Washington State, they're **prohibited** from selling directly to consumers, and instead must vend to state-licensed processors and retailers. Blocking growers from vertically integrating with retailers, or conducting direct sales themselves, unnecessarily lengthens the supply chain, raising prices for consumers while decreasing revenue for cultivators.

ADVERTISEMENT

Another looming regulatory complication for cannabis growers are taxes and fees. In Colorado, retail cannabis is **taxed** at more than 27 percent, driving both consumers and growers to the black market where they can both get better deals. In Washington State, the **effective tax rate** is 44 percent. Other states are making their programs even more restrictive: Maryland is **going to charge** $125,000 for a medical marijuana business license alone; in New York State, a total of just five cultivation licenses will be **fiercely fought over**, and the victors will only be able to sell cannabis-infused products—no buds or joints.

small-market vendors? Or will the rules remain biased towards those who can afford the government-imposed costs of business? Given how long marijuana prohibition itself has lasted—and increasingly affirmative scientific research—the public has reason to be skeptical of marijuana regulation regimes that harshly restrict growers, because those restrictions will ultimately affect customers as well. A pot brownie may soon be legal for you to buy and eat, but how much will it cost, and what will be in it? Unless state regulation of cannabis can accommodate the marijuana economy we already have—legal or not—the dark net will continue to be one of many spaces where black market demand for cannabis meets white market supply.

ADVERTISEMENT

Bill Kilby is a freelance writer based in Los Angeles.

SHARE TWEET

TAGGED: WEED, POT, MARIJUANA, DRUGS, CANNABIS, COLORADO, CRIME, MEDICAL MARIJUANA, CALIFORNIA, WASHINGTON, WASHINGTON DC, OREGON, BLACK MARKET, LEGALIZATION, REGULATION, DOPE, DARK WEB, VICE BLOG, DARK NET

WATCH THIS NEXT

18:22

Synthetics: The Drug Killing New Zealanders

Case 1:17-cr-00131-RJA Document 29-1 Filed 03/09/18 Page 72 of 72

MORE VICE

LIKE VICE

ADVERTISEMENT